UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IAN O'DONNELL and DAVID JOLICOEUR,

Plaintiffs,

v.

ROBERT HALF INTERNATIONAL, INC.;
ROBERT HALF CORPORATION; ROBERT
HALF OF BOSTON, INC.; ROBERT HALF
OF WORCESTER, INC.; and ROBERT HALF
PERSONNEL AGENCIES, INC.,

Defendants.

CIVIL ACTION NO.: _____

04 12719 NMG

### DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, Defendants make the following disclosures:

1. Defendant Robert Half International Inc. (improperly named herein "Robert Half International, Inc.") states that it has no parent corporation. Robert Half International Inc. further states, upon information and belief, that FMR Corporation ("FMR") owns ten percent or more of its stock, as disclosed by FMR to the United States Securities and Exchange Commission, in a Form 13 G filing made on April 12, 2004.

2. Defendant Robert Half Corporation states that no publicly held company other than its parent owns ten percent or more of its stock, and that its parent corporation is Robert Half International Inc.

3. Defendant Robert Half of Boston, Inc. no longer exists as a legal entity, having ceased to exist as of March 31, 1991.

4. Defendant Robert Half of Worcester, Inc. no longer exists as a legal entity, having ceased to exist as of January 1, 1987.

BO1 15687420.1

5. Defendant Robert Half Personnel Agencies, Inc. no longer exists as a legal entity, having ceased to exist as of August 7, 1978.

>Respectfully submitted,
>DEFENDANTS ROBERT HALF INTERNATIONAL INC.; ROBERT HALF CORPORATION; ROBERT HALF OF BOSTON, INC.; ROBERT HALF OF WORCESTER, INC.; and ROBERT HALF PERSONNEL AGENCIES, INC.,
>By their Attorneys,
>
>_____
>Richard L. Alfred (BBO# 015000)
>Krista Green Pratt (BBO# 644741)
>SEYFARTH SHAW LLP
>World Trade Center East
>Two Seaport Lane, Suite 300
>Boston, MA 02210-2028
>Telephone:   (617) 946-4800
>Telecopier:  (617) 946-4801

Dated: December 29, 2004

## CERTIFICATE OF SERVICE

I, Krista G. Pratt, hereby certify that on this 29th day of December, 2004, a true copy of the foregoing document was mailed, postage prepaid, to Melanie L. Glickson-Thierman, The Law Office of Melanie L. Glickson-Thierman, 10 Tremont Street, 3rd Floor, Boston, MA 02108, Counsel for Plaintiffs.

_____
Krista G. Pratt