UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IAN O'DONNELL and DAVID JOLICOEUR, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ROBERT HALF INTERNATIONAL, INC.; )<br>ROBERT HALF CORPORATION; ROBERT )<br>HALF OF BOSTON, INC.; ROBERT HALF )<br>OF WORCESTER, INC.; and ROBERT HALF )<br>PERSONNEL AGENCIES, INC., )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO.: 04-12719 NMG |

## ASSENTED TO MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants Robert Half International Inc., Robert Half Corporation, Robert Half of Boston, Inc., Robert Half of Worcester, Inc. and Robert Half Personnel Agencies, Inc., (collectively, "Defendants"), hereby move for a short extension of time to answer, move or otherwise respond to the Complaint in the above-captioned action to and including February 4, 2005. As grounds for this motion, Defendants state as follows:

1. On December 1, 2004, Plaintiffs filed their Complaint with the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts in Suffolk County ("Massachusetts Superior Court") as Civil Action No. 04-5221, and served the Complaint and Summonses on Defendants on or about December 9, 2004, via their agents for service of process.

2. Plaintiffs' Complaint consists of two counts alleging violations of M.G.L. c. 151B §§1A and 1B, and the Fair Labor Standards Act.

BO1 15688486.1

3. Defendants request an extension of time to answer, move or otherwise respond to the Complaint. Such an extension would cause Defendants' responsive pleading to be due on or before Friday, February 4, 2005.

4. Counsel for the Plaintiffs has assented to a 30-day extension of time to respond to the Complaint.

5. Defendants have not requested any prior extensions.

WHEREFORE, Defendants Robert Half International Inc., Robert Half Corporation, Robert Half of Boston, Inc., Robert Half of Worcester, Inc. and Robert Half Personnel Agencies, Inc., respectfully request that this Court grant their request for an extension until February 4, 2005 for Defendants to answer, move or otherwise respond to the Complaint in the above-captioned matter.

Respectfully submitted,

ROBERT HALF INTERNATIONAL INC.,
ROBERT HALF CORPORATION,
ROBERT HALF OF BOSTON, INC.,
ROBERT HALF OF WORCESTER, INC.,
and ROBERT HALF PERSONNEL
AGENCIES, INC.,
By their Attorneys,

_____
Richard L. Alfred (BBO# 015000)
Krista Green Pratt (BBO# 644741)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:   (617) 946-4800
Telecopier:   (617) 946-4801

Dated: December 30, 2004

CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2) of the Local Rules of this Court, I, Richard L. Alfred, hereby certify that I conferred with Plaintiffs' counsel, Mark R. Thierman, Esq., and that on December 29, 2004, Attorney Thierman assented to Defendants' Motion for Extension of Time to Respond to Complaint.

_____
Richard L. Alfred

**CERTIFICATE OF SERVICE**

I, Richard L. Alfred, hereby certify that on this 30th day of December, 2004, a true copy of the foregoing document was sent by electronic mail to Mark R. Thierman at thierman@pacbell.net, and to Melanie L. Glickson-Thierman at glickson@post.harvard.edu, Counsel for Plaintiffs and the Class.

_____
Richard L. Alfred

3

BO1 15688486.1