## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IAN O'DONNELL and DAVID JOLICOEUR, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT HALF INTERNATIONAL, INC.; ROBERT HALF CORPORATION; ROBERT HALF OF BOSTON, INC.; ROBERT HALF OF WORCESTER, INC.; and ROBERT HALF PERSONNEL AGENCIES, INC., <br><br> Defendants. | CIVIL ACTION NO.: 04-12719 NMG |

### NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs hereby voluntarily dismiss Defendants Robert Half of Boston, Inc., Robert Half of Worcester, Inc., and Robert Half Personnel Agencies, Inc. from the instant action, without prejudice.

Respectfully submitted,

*Melanie Glickson-Thierman*

Melanie Glickson-Thierman (BBO# 652565)
THE LAW OFFICE OF MELANIE GLICKSON-
THIERMAN
10 Tremont Street, 3rd Floor
Boston, MA 02108
(617) 723-2294 (phone)
(617) 723-2318 (fax)

APPELL HILAIRE LLP
Mika M. Hilaire
15303 Ventura Blvd, Suite 400
Sherman Oaks, CA  91403
818-728-6006 (phone)
818-728-6007 (fax)

THIERMAN LAW FIRM
Mark R. Thierman
7287 Lakeside Drive
Reno, NV  89511
(775) 284-1500 (phone)
(775) 703-5027 (fax)


Dated:  January 4, 2005


## CERTIFICATE OF SERVICE

I, Melanie Glickson-Thierman, hereby certify that on this 4th day of January, 2005, a true and correct copy of the foregoing document was sent via electronic mail to RAlfred@seyfarth.com, and via first-class mail, postage prepaid, to Richard L. Alfred, Seyfarth Shaw LLP, World Trade Center East, Two Seaport Lane, Suite 300, Boston, MA  02110-2028.

Melanie Glickson-Thierman