# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 04-5221

Ian O'Donnell & David Jolicoeur, , Plaintiff(s)
on behalf of themselves and all others
similarly situated

v.

Robert Half International, Inc. , Defendant(s)

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon Melanie Glickson-Thierman

plaintiff's attorney, whose address is 10 Tremont St., Boston, MA 02108 , an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, **Barbara J. Rouse**, Esquire, at Boston, the 6th day of December, in the year of our Lord two thousand four.

*Michael Joseph Donovan*
Clerk/Magistrate

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
    (1) TORT  (2) MOTOR VEHICLE TORT  (3) CONTRACT  (4) EQUITABLE RELIEF  (5) OTHER

FORM CIV.P. 1 3rd Rev.

PROOF OF SERVICE OF PROCESS
DEFENDANT: ROBERT HALF INTERNATIONAL, INC.

I hereby certify and return that on __DEC. 9__, 200_4_, I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5)):
BY HANDING TRUE AND ATTESTED COPIES TO MS. YVETTE CONCEPCION, PROCESS CLERK AND DULY AUTHORIZED AGENT FOR THE WITHIN NAMED DEFENDANT'S REGISTERED AGENT, CT CORPORATION, IN HAND. SAID SERVICE WAS MADE AT 101 FEDERAL STREET, BOSTON, MA.

Dated: __DEC. 9__, 200_4_.

_[signature]_
CONSTABLE & COURT APPOINTED
PROCESS SERVER

**N.B.   TO PROCESS SERVER:–**
PLEASE PLACE **DATE** YOU MAKE SERVICE ON DEFENDANT IN
THIS BOX **ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

DECEMBER 9    , 200 4 .

**Commonwealth of Massachusetts**

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION
No. 04-5221

Ian O'Donnell and David Jolicoeur, Plff(s).
on behalf of themselves and all others similarly situated

v.

Robert Half International, Inc., Robert Half Corporation, Robert Half of Boston, Inc., Robert Half of Worcester, Inc., and Robert Half Personnel Agencies, Inc., Deft(s).

SUMMONS
(Mass. R. Civ. P. 4)

(AFFIX FILING STAMP HERE)

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 04-5221

Ian O'Donnell & David Jolicoeur, , Plaintiff(s)
on behalf of themselves and all others similarly situated

v.

Robert Half Corporation , Defendant(s)

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon __Melanie Glickson-Thierman__ plaintiff's attorney, whose address is __10 Tremont St., Boston, MA 02108__, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Barbara J. Rouse, Esquire, at Boston, the __6th__ day of __December__, in the year of our Lord two thousand __four__.

*Michael Joseph Donovan*
Clerk/Magistrate

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT   (2) MOTOR VEHICLE TORT   (3) CONTRACT   (4) EQUITABLE RELIEF   (5) OTHER

FORM CIV.P. 1 3rd Rev.

PROOF OF SERVICE OF PROCESS
DEFENDANT: ROBERT HALF CORPORATION

I hereby certify and return that on __DEC. 9__, 200_4_, I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5)):

BY HANDING TRUE AND ATTESTED COPIES TO MS. YVETTE CONCEPCION, PROCESS CLERK AND DULY AUTHORIZED AGENT FOR THE WITHIN NAMED DEFENDANT'S REGISTERED AGENT, CT CORPORATION, IN HAND.  SAID SERVICE WAS MADE AT 101 FEDERAL STREET, BOSTON, MA.

Dated: __DECEMBER 9__, 200_4_.

_____
CONSTABLE & COURT APPOINTED
PROCESS SERVER



**N.B.   TO PROCESS SERVER:–**
PLEASE PLACE **DATE** YOU MAKE SERVICE ON DEFENDANT IN THIS BOX **ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

DECEMBER 9            , 200 4

**Commonwealth of Massachusetts**

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION
No. 04-5221

Ian O'Donnell & David Jolicoeur, Plff(s)
on behalf of themselves and all others similarly situated

v.

Robert Half International, Inc., Robert Half Corporation, Robert Half of Boston, Inc., Robert Half of Worcester, Inc., and Robert Half Personnel Agencies, Inc. Deft(s).

SUMMONS
(Mass. R. Civ. P. 4)

(AFFIX FILING STAMP HERE)

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 04-5221

Ian O'Donnell & David Jolicoeur, , Plaintiff(s)
on behalf of themselves and all others similarly situated
v.
Robert Half of Boston, Inc. , Defendant(s)

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon Melanie Glickson-Thierman

plaintiff's attorney, whose address is 10 Tremont St., Boston, MA 02108, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Barbara J. Rouse, Esquire, at Boston, the 6th day of December, in the year of our Lord two thousand four.

*Michael Joseph Donovan*
Clerk/Magistrate

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF — (5) OTHER

FORM CIV.P. 1 3rd Rev.

PROOF OF SERVICE OF PROCESS
DEFENDANT: ROBERT HALF OF BOSTON, INC.

I hereby certify and return that on __DEC. 9__, 200_4_, I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5): BY HANDING TRUE AND ATTESTED COPIES TO MR. LUKE HOWART, BRANCH MANAGER AND DULY AUTHORIZED AGENT, IN HAND. SAID SERVICE WAS MADE AT 101 ARCH STREET, BOSTON, MA.

Dated: __DEC. 9__, 200_4_.

_Sean P. Collins_ (signature)
CONSTABLE & COURT APPOINTED PROCESS SERVER

**N.B. TO PROCESS SERVER:–**
PLEASE PLACE **DATE** YOU MAKE SERVICE ON DEFENDANT IN THIS BOX **ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

DECEMBER 9, 2004.

**Commonwealth of Massachusetts**

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT
CIVIL ACTION
No. 04-5221

Ian O'Donnell and David Jolicoeur, Plff(s), on behalf of themselves and all others similarly situated

v.

Robert Half International, Inc., Robert Half Corporation, Robert Half of Boston, Inc., Robert Half of Worcester, Inc., and Robert Half Personnel Agencies, Inc., Deft(s).

SUMMONS
(Mass. R. Civ. P. 4)

(AFFIX FILING STAMP HERE)

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 04-5221

Ian O'Donnell & David Jolicoeur, on behalf of themselves and all others similarly situated, Plaintiff(s)

v.

Robert Half Personnel Agencies, Inc., Defendant(s)

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon **Melanie Glickson-Thierman** plaintiff's attorney, whose address is **10 Tremont St., Boston, MA 02108**, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, **Barbara J. Rouse**, Esquire, at Boston, the **6th** day of **December**, in the year of our Lord two thousand **four**.

*Michael Joseph Donovan*
Clerk/Magistrate

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT   (2) MOTOR VEHICLE TORT   (3) CONTRACT   (4) EQUITABLE RELIEF   (5) OTHER 

FORM CIV.P. 1 3rd Rev.

PROOF OF SERVICE OF PROCESS
DEFENDANT: ROBERT HALF PERSONNEL AGENCIES, INC.

I hereby certify and return that on __DEC. 9__, 200_4_, I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5)): BY HANDING TRUE AND ATTESTED COPIES TO MR. LUKE HOWARTH, BRANCH MANAGER AND DULY AUTHORIZED AGENT, IN HAND. SAID SERVICE WAS MADE AT 101 ARCH STREET, BOSTON, MA.

Dated: __DECEMBER 9__, 200_4_.

_[signature]_
CONSTABLE & COURT APPOINTED PROCESS SERVER

**N.B.   TO PROCESS SERVER:–**
PLEASE PLACE **DATE** YOU MAKE SERVICE ON DEFENDANT IN THIS BOX **ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

DECEMBER 9 , 200 4.

**Commonwealth of Massachusetts**

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION
No. 04-5221

Ian O'Donnell and David Jolicoeur, Plff(s)
on behalf of themselves and all others similarly situated

v.

Robert Half International, Inc., Robert Half Corporation, Robert Half of Boston, Inc., Robert Half of Worcester, Inc., and Robert Half Personnel Agencies, Inc., Deft(s).

SUMMONS
(Mass. R. Civ. P. 4)

(AFFIX FILING STAMP HERE)

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 04-5221

Ian O'Donnell & David Jolicoeur, , Plaintiff(s)
on behalf of themselves and all others similarly situated

v.

Robert Half of Worcester, Inc. , Defendant(s)

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon Melanie Glickson-Thierman plaintiff's attorney, whose address is 10 Tremont St., Boston, MA 02108 , an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, **Barbara J. Rouse**, Esquire, at Boston, the 6th day of December , in the year of our Lord two thousand four .

*Michael Joseph Donovan*
Clerk/Magistrate

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT   (2) MOTOR VEHICLE TORT   (3) CONTRACT   (4) EQUITABLE RELIEF   (5) OTHER

FORM CIV.P. 1 3rd Rev.

PROOF OF SERVICE OF PROCESS

I hereby certify and return that on December 21, 2004, I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5): By handing true and attested copies thereof to Ms. Betsy Cigarran, District Assistant, Person in Charge at the time of service and Duly Authorized Agent, In Hand. Said service was made at #101 Arch Street, Boston, MA.

Dated: December 21, 2004.

Constable/Court Appointed Process Server

**N.B.   TO PROCESS SERVER:–**
PLEASE PLACE **DATE** YOU MAKE SERVICE ON DEFENDANT IN THIS BOX **ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

December 21, 2004.

Commonwealth of Massachusetts

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION
No. 04-5221

Ian O'Donnell and David Jolicoeur, Plff(s).
on behalf of themselves and all others similarly situated

v.

Robert Half International, Inc., Deft(s).
Robert Half Corporation, Robert Half of Boston, Inc.,
Robert Half of Worcester, Inc., and Robert Half
Personnel Agencies, Inc.
SUMMONS
(Mass. R. Civ. P. 4)

(AFFIX FILING STAMP HERE)