UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IAN O'DONNELL AND DAVID JOLICOEUR, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT HALF INTERNATIONAL, INC., a Delaware corporation; and ROBERT HALF CORPORATION, a Nevada corporation,<br><br>Defendants. | Civil Action No.: 04-12719 NMG |

## NOTICE OF APPEARANCE

Please enter the appearance of Shannon Liss-Riordan and Alfred Gordon as attorneys for the Plaintiffs in the above-captioned matter.

        Respectfully submitted,

        Ian O'Donnell and David Jolicoeur,
        on behalf of themselves and all others
        similarly situated,

        By their attorneys,


        s/Shannon Liss-Riordan
        Shannon Liss-Riordan, BBO #640716
        Alfred Gordon, BBO #630456
        PYLE, ROME, LICHTEN, EHRENBERG
           & LISS-RIORDAN, P.C.

        18 Tremont Street, 5th Floor
        Boston, MA 02108
Dated:     May 11, 2005        (617) 367-7200

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 11, 2005, I caused a copy of this document to be served by first class mail on all counsel of record.

                                            s/Shannon Liss-Riordan
                                            Shannon Liss-Riordan, Esq.