UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IAN O'DONNELL and DAVID JOLICOEUR, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT HALF INTERNATIONAL INC. and ROBERT HALF CORPORATION<br><br>Defendants. | CIVIL ACTION NO.: 04-12719 NMG |

**MOTION TO FACILITATE §216(b) NOTICE**

Pursuant to Section 216(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S. §201 *et seq.*, Plaintiffs Ian O'Donnell and David Jolicoeur, on behalf of themselves and all others similarly situated (collectively, "Plaintiffs") respectfully request that this Court allow Plaintiffs to notify potential class members of the existence of this lawsuit, thereby providing them with the opportunity to participate or "opt-in" to the pending litigation.  Specifically, Plaintiffs request that the Court issue an Order (1) directing Defendants Robert Half International, Inc. and Robert Half Corporation ("Defendants" or the "Company") to immediately provide Plaintiffs' counsel with a list of the names and contact information of all current and former Staffing Managers, Account Executives or Account Managers employed in any state other than California within the last three (3) years immediately preceding the filing of the Complaint (hereinafter, Plaintiffs may refer to this population as the "Potential Class Members"); and (2) authorizing the issuance of a

1

Court-approved notice to the Potential Class Members so that they may be made aware of, and can effectively assert their claims on a timely basis.  This Court should grant Plaintiffs' Motion because Plaintiffs have easily satisfied their burden to put forth a modest factual showing that similarly situated employees may exist.   As grounds for this Motion, Plaintiffs submit the attached Exhibits and the accompanying Memorandum of Law.[1]

Dated:  May 11, 2005

                                                Respectfully submitted,

                                                s/Shannon Liss-Riordan
                                                Shannon Liss-Riordan, BBO #640716
                                                Alfred Gordon, BBO #630456
                                                PYLE, ROME, LICHTEN, EHRENBERG
                                                & LISS-RIORDAN, P.C.
                                                18 Tremont Street, Ste. 500
                                                Boston, MA 02108
                                                (617) 367-7200

                                                THIERMAN LAW FIRM
                                                7287 Lakeside Drive
                                                Reno, NV  89501
                                                (775) 284-1500 (phone)
                                                (775) 703-5027 (fax)

                                                APPEL HILAIRE LLP
                                                Mika M. Hilaire
                                                1503 Ventura Blvd, Suite 400
                                                Sherman Oaks, CA  91403
                                                (818) 728-6006 (phone)
                                                (818) 728-6007 (fax)

---

[1] This Motion is supported by the pleadings filed to date in this matter, as well as the following Exhibits:  Affidavit of David Jolicoeur ("Jolicoeur Aff.") (Exhibit 1); Affidavit of Ian O'Donnell ("O'Donnell Aff.") (Exhibit 2); Proposed Notice to Potential Class Members (Exhibit 3).

2

## CERTIFICATE OF SERVICE

      I hereby certify that on May 11, 2005, I caused a copy of this document to be served by first class mail on all counsel of record.

                                            s/Shannon Liss-Riordan
                                            Shannon Liss-Riordan, Esq.