# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IAN O'DONNELL AND DAVID JOLICOEUR, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>                  Plaintiffs,<br><br>v.<br><br>ROBERT HALF INTERNATIONAL, INC. AND ROBERT HALF CORPORATION,<br><br>                  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO.  04-CV-12719 NMG |

## JOINT MOTION TO POSTPONE SCHEDULING CONFERENCE AND EXTENSION OF TIME TO OPPOSE MOTION TO FACILITATE CLASS NOTICE

Plaintiffs Ian O'Donnell and David Jolicoeur (together, "Plaintiffs"), and Defendants Robert Half International, Inc. and Robert Half Corporation (together, "RHI" or "Defendants"), hereby jointly request that the Court: (1) postpone the Scheduling Conference with the Court currently scheduled for May 19, 2005;  (2) reschedule the Conference to late-July; (3) combine the Scheduling Conference with a hearing on the Plaintiffs' Motion to Facilitate Class Notice ("Motion"); and (4) extend the deadline for Defendants' opposition to Plaintiffs' Motion to Facilitate Class Notice through June 24, 2005, and permit Plaintiffs to file a reply brief, if needed, one week prior to the Scheduling Conference.  As grounds for this motion, the parties state as follows:

       1.      Beginning on April 28, 2005, counsel for Defendants attempted to contact Plaintiffs to confer, in accordance with Rule 16, regarding a joint discovery order.  Plaintiffs, however, were in the process of obtaining new counsel, who entered an appearance on May 11,

2

2005. Due to the change in counsel, the parties have not yet had the opportunity to confer on the joint discovery order.

2. Lead counsel for the Plaintiffs, Attorney Shannon Liss-Riordan, is currently pregnant and due to give birth prior to the scheduled Conference on May 19, 2005. Accordingly, she does not expect to be available for the Conference.

3. On May 11, Plaintiffs – who seek to assert wage and hour claims on behalf of themselves and others similarly situated – filed a Motion to Facilitate Class Notice ("Motion"), asking the Court to conditionally certify the putative class and permit notice of the instant lawsuit to be sent to potential class members.

4. Defendants require additional time to investigate the issues raised in Plaintiffs' Motion and submit an opposition to the Motion.

5. Combining the Scheduling Conference with a hearing on the merits of the Motion will promote judicial efficiency and allow the parties to address the preliminary scheduling and procedural issues in a single session.

6. If acceptable to the Court, the parties further propose the dates of July 20 (in the afternoon) or July 21 or 22 (any time) for the combined Scheduling Conference and Motion hearing.

WHEREFORE, the parties jointly request that the Court: (1) postpone the Scheduling Conference with the Court currently scheduled for May 19, 2005; (2) extend the deadline for Defendants' opposition to Plaintiffs' Motion to Facilitate Class Notice through June 24, 2005; and (3) schedule a single hearing for the Motion and Scheduling Conference (July 20 (afternoon), 21 or 22).

Respectfully Submitted,

| Plaintiffs, | Defendants, |
|---|---|
| IAN O'DONNELL AND DAVID JOLICOEUR | ROBERT HALF INTERNATIONAL, INC. AND ROBERT HALF CORPORATION |
| By their attorneys: | By their Attorneys, |
| /s/ Shannon Liss-Riordan | /s/ Krista Green Pratt |
| Shannon Liss-Riordan (BBO #640716) | Richard L. Alfred (BBO # 015000) |
| Alfred Gordon (BBO #630456) | Krista G. Pratt (BBO # 644741) |
| PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C. | Barry J. Miller (BBO # 661596) SEYFARTH SHAW LLP |
| 18 Tremont Street, 5th Floor | World Trade Center East Two Seaport Lane, Suite 300 |
| Boston, MA 02108 | Boston, MA 02210-2028 |
| (617) 367-7200 | Telephone:   (617) 946-4800 |
| | Telecopier:  (617) 946-4801 |

Dated:  May 13, 2005

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Krista Green Pratt, Esquire, hereby certify that I conferred with counsel for Plaintiffs, Shannon Liss-Riordan, concerning the issues raised in this motion and that the parties have agreed to file the instant motion jointly.

/s/ Krista Green Pratt

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was mailed via first class mail, postage prepaid, to Shannon Liss-Riordan, Esq., an attorney of record for Plaintiffs, on May 13, 2005.

/s/ Krista Green Pratt