

World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028

617-946-4800
fax 617-946-4801
www.seyfarth.com

Writer's direct phone

(617) 946-4812

Writer's e-mail

dwelding@seyfarth.com

June 17, 2005

**VIA HAND DELIVERY**

Mr. Craig Nicewicz
United States District Court
  for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    Re: *O'Donnell, et al. v. Robert Half International Inc. and Robert Half Corporation*
         **Civil Action No. 04-cv-12719 NMG**

Dear Mr. Nicewicz:

    This letter will confirm our telephone conversation and agreement to reschedule the Scheduling Conference in the above-named case originally docketed for July 19, 2005 to **Friday, August 19, 2005 at 2:45 p.m.** I have confirmed this date with Alfred Gordon, Esq., counsel for the plaintiffs.

    Thank you very much for your patience and cooperation in rescheduling the conference.

         Sincerely,

         SEYFARTH SHAW LLP

         Denise Welding
         Paralegal

:daw
cc:   Alfred Gordon, Esq. (by mail)
      Shannon E. Liss-Riordan, Esq. (by mail)
      Richard L. Alfred, Esq.
      Krista Green Pratt, Esq.

BO1 15721385.1