UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IAN O'DONNELL AND DAVID JOLICOEUR, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>ROBERT HALF INTERNATIONAL INC. AND ROBERT HALF CORPORATION,<br><br>      Defendants. | CIVIL ACTION NO. 04-CV-12719 NMG |

**DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO FILE
A MEMORANDUM OF LAW IN EXCESS OF TWENTY PAGES**

   Pursuant to Local Rule 7.1(B)(4), Defendants Robert Half International Inc. and Robert Half Corporation ("RHI" or the "Company") hereby move for leave to file a Memorandum of Law in Opposition to Plaintiffs' Motion to Facilitate § 216(b) Notice ("Defendants' Memorandum") in excess of twenty pages. Defendants' Memorandum is 34 pages in length. As grounds for this Motion, the Company states:

   1.  In their First Amended Class Action Complaint ("Amended Complaint") Plaintiffs assert claims for alleged violations of the Massachusetts Wage Act and the federal Fair Labor Standards Act ("FLSA").

   2.  Plaintiffs seek to assert their Massachusetts law claims on a class action basis and their FLSA claims on a collective action basis, pursuant to 29 U.S.C. § 216(b).

   3.  In their motion to Facilitate § 216(b) Notice ("Plaintiffs' Motion"), Plaintiffs move this Court to conditionally certify this case as a collective action, and move for leave to

provide notice of the pendency of this case to the of members of the putative FLSA class described in their Amended Complaint.

4.   As more fully explained in Defendants' Memorandum, the putative FLSA class Plaintiffs seek to represent includes potentially thousands of current and former RHI employees, who held any of three different job titles, in any of the Company's several divisions, in more than 40 states. The broad class Plaintiffs seek to represent and the form of the notice they propose to issue present a multitude of complex legal and factual issues, and require a detailed discussion of a number of subjects.

5.   Plaintiffs' counsel assents to this Motion.

WHEREFORE, Robert Half International Inc. and Robert Half Corporation respectfully request that the Court allow this motion for leave to file a Memorandum of Law in Opposition to Plaintiffs' Motion to Facilitate § 216(b) Notice in excess of twenty pages.

> Respectfully submitted,
>
> ROBERT HALF INTERNATIONAL INC.
> AND ROBERT HALF CORPORATION
> By their Attorneys,
>
>  /s/ Richard L. Alfred
> Richard L. Alfred (BBO # 015000)
> Krista G. Pratt (BBO # 644741)
> Barry J. Miller (BBO # 661596 )
> SEYFARTH SHAW LLP
> World Trade Center East
> Two Seaport Lane, Suite 300
> Boston, MA 02210-2028
> Telephone:   (617) 946-4800
> Telecopier:   (617) 946-4801

DATED: June 24, 2005

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

  I, Richard L. Alfred, Esq., hereby certify that I directed my paralegal, Denise Welding, to contact Plaintiffs' counsel, Alfred Gordon, regarding the foregoing motion. Ms. Welding spoke to Mr. Gordon by telephone, and he assented to the foregoing motion.

         /s/ Richard L. Alfred
         Richard L. Alfred, Esq.

        CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing document was hand delivered to Alfred Gordon, Esq., an attorney of record for Plaintiffs on June 24, 2005.

         /s/ Krista Green Pratt
         Krista Green Pratt, Esq.

BO1 15722228.1