UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IAN O'DONNELL AND DAVID JOLICOEUR, on behalf of themselves and others similarly situated )<br><br>Plaintiffs, )<br><br>v. )<br><br>ROBERT HALF INTERNATIONAL INC. AND ROBERT HALF CORPORATION )<br><br>Defendants. ) | CIVIL ACTION NO. 04-CV-12719 NMG |

## AFFIDAVIT OF WILLIAM T. HAYES

I, William T. Hayes, being duly sworn, hereby depose and state as follows:

1. I am the District Director for Robert Half International Inc.'s ("RHI" or the "Company") New England District. I have held that position since April 1, 2001. In my current position, I am responsible for conducting strategic planning for the New England District, supervising the Regional Managers who oversee the 16 offices in the District, and managing and monitoring compensation, human resources, and other administrative matters for the District. I exercise direct oversight over all of RHI's Connecticut, Massachusetts, New Hampshire, and Rhode Island offices. In this role, I regularly observe the activities and responsibilities of numerous Staffing Managers, Account Managers, and Account Executives working in the Company's various divisions.

2. I am familiar with Ian O'Donnell's ("O'Donnell") employment history with RHI. RHI hired O'Donnell to work as a Staffing Manager in the Accountemps division in the Company's Danbury, Connecticut office on or about January 3, 2002. He transferred to the

BO1 15721629.2

Company's Westborough, Massachusetts office on or about July 1, 2002, where he retained the position of Staffing Manager and continued to work in the Company's Accountemps division. On or about February 1, 2003, O'Donnell transferred to RHI's Boston, Massachusetts office, where he again retained the title of Staffing Manager and continued to work in RHI's Accountemps division. O'Donnell resigned his employment with RHI on or about August 16, 2003.

3. I am also familiar with David Jolicoeur's ("Jolicoeur") employment history with RHI. RHI hired Jolicoeur to work as a Staffing Manager in the Company's Boston office and Accountemps division on or about July 22, 2002. Jolicoeur was promoted to the position of Senior Staffing Manager on or about July 16, 2003, and continued to work in RHI's Boston office and Accountemps division. Jolicoeur resigned his employment with RHI on or about September 20, 2003.

4. Neither O'Donnell nor Jolicoeur ever worked in any RHI office outside of the New England District. They have, therefore, had no opportunity to observe the job duties and responsibilities of Staffing Managers, Account Managers, or Account Executives in any RHI office outside of the New England District.

Signed under the pains and penalties of perjury this 23rd day of June, 2005.

_____
William T. Hayes