UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| IAN O'DONNELL AND DAVID JOLICOEUR, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>ROBERT HALF INTERNATIONAL INC. AND ROBERT HALF CORPORATION,<br><br>      Defendants. | CIVIL ACTION NO.  04-CV-12719 NMG |

**JOINT MOTION TO POSTPONE HEARING
ON PLAINTIFFS' MOTION FOR CONDITIONAL CLASS CERTIFICATION**

  The parties hereby jointly move to postpone the hearing on Plaintiffs' Motion to Facilitate §216(b) Notice ("Motion to Facilitate Notice").  The parties do not seek to postpone the Local Rule 16.1 Scheduling Conference scheduled for August 19, 2005.  As grounds for this motion, the parties state as follows:

  1. On July 27, 2005, Defendants filed an Emergency Motion to Reschedule Hearing on Plaintiffs' Motion to Facilitate §216(B) Notice ("Emergency Motion").  The Emergency Motion was filed as a result of the parties' inability (at that time) to resolve issues concerning the scheduling of the Motion to Facilitate Notice and Plaintiffs' depositions.  The necessity of filing the Emergency Motion was also caused by Defendants' counsel's long-planned family vacation beginning on July 28, 2005.

  2. Subsequent to the filing of the Emergency Motion, the parties were able to resolve the scheduling issues presented in the Emergency Motion.  In so doing, the parties agreed to

2

postpone indefinitely the hearing on the Motion to Facilitate Notice and to submit the issue of the scheduling of Plaintiffs' depositions for resolution by the Court through the Local Rule 16.1 Scheduling Conference to be held on August 19.

WHEREFORE, the parties jointly request that the Court postpone the hearing on Plaintiffs' Motion to Facilitate § 216(b) Notice pending the Court's resolution of the scheduling of the Plaintiffs' depositions to be addressed during the August 19 Scheduling Conference.

Respectfully Submitted,

| | |
|---|---|
| Plaintiffs, | Defendants, |
| IAN O'DONNELL AND DAVID JOLICOEUR | ROBERT HALF INTERNATIONAL, INC. AND ROBERT HALF CORPORATION |
| By their attorneys, | By their attorneys, |
| /s/ Alfred Gordon | /s/ Richard L. Alfred |
| Shannon Liss-Riordan (BBO #640716) | Richard L. Alfred (BBO # 015000) |
| Alfred Gordon (BBO #630456) | Krista G. Pratt (BBO # 644741) |
| PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C. | Barry J. Miller (BBO # 661596 ) SEYFARTH SHAW LLP |
| 18 Tremont Street, 5th Floor | World Trade Center East |
| Boston, MA 02108 | Two Seaport Lane, Suite 300 |
| (617) 367-7200 | Boston, MA 02210-2028 |
| | Telephone:   (617) 946-4800 |
| | Telecopier:   (617) 946-4801 |

Dated: July 27, 2005

2