UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IAN O'DONNELL AND DAVID JOLICOEUR, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT HALF INTERNATIONAL, INC., and ROBERT HALF CORPORATION,<br><br>Defendants. | Civil Action No. 04-CV-12719NMG |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Melanie L. Glickson-Thierman as counsel in the above-referenced proceeding for the Plaintiffs Ian O'Donnell and David Jolicoeur and all others similarly situated. Shannon Liss-Riordan and Alfred Gordon of Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan will continue to represent Plaintiffs in this action.

Respectfully submitted,

*Melanie Glickson Thierman*
Melanie Glickson-Thierman (BBO#652565)
1200 Washington Street #107
Boston, MA 02118
(617) 708-8202 (phone)
(888) 325-9150 (fax)

Dated: August 11, 2005

BOS_494637_1/MGLICKSON

## CERTIFICATE OF SERVICE

This is to certify that on the 11th day of August, 2005, I served the foregoing document via first-class mail to:

Richard Alfred, Esq.
Seyfarth Shaw, LLP
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028

Shannon Liss-Riordan
Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan
18 Tremont Street, Suite 500
Boston, MA 02108

_Melanie Glickson-Thierman_
Melanie Glickson-Thierman

- 2 -

BOS_494637_1/MGLICKSON