UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IAN O'DONNELL and DAVID JOLICOEUR, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBERT HALF INTERNATIONAL, INC., and ROBERT HALF CORPORATION,<br><br>    Defendants. | CIVIL ACTION NO.: 04-12719 NMG |

**PLAINTIFFS' STATEMENT PURSUANT TO LOCAL RULE 16.1(D)**

Counsel for the parties to the above-captioned matter conferred on August 12, 2005, but were not able to reach agreement on a proposed schedule. Plaintiffs now file a proposed pretrial schedule pursuant to Local Rule 16.1(D) and the Court's Notice of Scheduling Conference dated June 27, 2005.

**I.     Plaintiffs' Proposed Pretrial Schedule**

   A.   Discovery

The plaintiffs propose that the discovery deadline will be six months following the Court's ruling on Plaintiffs' Motion to Facilitate Section 216(b) Notice.

   B.   Motions

The plaintiffs propose that any dispositive motions shall be filed no later than two months after the deadline for completion of discovery.

   C.   The final pretrial conference and trial date will be scheduled by the Court.

**II.     Trial by Magistrate Judge**

The plaintiffs do <u>not</u> consent to trial by a Magistrate Judge.

**III.    Certifications**

The plaintiffs' certifications pursuant to Local Rule 16.1(D)(3) will be submitted to the Court as soon as possible.

**IV.    Settlement Proposal**

Pursuant to Local Rule 16.1(C), Plaintiffs submitted a written settlement proposal to Defendant on August 15, 2005.


Respectfully submitted,

FOR PLAINTIFFS IAN O'DONNELL
AND DAVID JOLICOEUR, ON BEHALF
OF THEMSELVES AND ALL OTHERS
SIMILARLY SITUATED,


s/Shannon Liss-Riordan
Shannon Liss-Riordan, BBO #640716
Alfred Gordon, BBO #630456
Stephen Young, BBO #662914
Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

Mark Thierman
Thierman Law Firm
7287 Lakeside Drive
Reno, NV  89501
(775) 284-1500

Date: August 15, 2005