UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IAN O'DONNELL AND DAVID JOLICOEUR, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>            Plaintiffs,<br><br>v.<br><br>ROBERT HALF INTERNATIONAL, INC., a Delaware corporation;  and ROBERT HALF CORPORATION, a Nevada corporation,<br><br>            Defendants. | Civil Action No.: 04-12719 NMG |

**MOTION FOR EXTENSION OF TIME TO SUBMIT REPLY MEMORANDUM**

Plaintiffs, by their attorneys, hereby request an extension of time to submit a reply memorandum in support of their Motion to Facilitate §216(B) Notice.  In support of this request, Plaintiffs state that the primary attorney handling this matter, Shannon Liss-Riordan, who just returned full time from maternity leave less than three weeks ago, following after the birth of her third child, is not able to submit the reply memorandum that is due today.  In addition to having to catch up on many matters since her return from leave, her children have been ill this week, and her husband has been out of town due to a death in the family, thus greatly limiting the time she has been available for work this week.  In addition, she is currently preparing for an evidentiary hearing in federal court next Thursday, October 6, 2005, before Judge Gertner in the matter of <u>Bandera v.</u>

City of Quincy et al, No. 00-CV-11375, and the following week, on October 14, 2005, she has a brief due at the Massachusetts Supreme Judicial Court in the case of Smith et al. v. Winter Place LLC et al, No. SJC-09544.  Plaintiffs therefore request that they be given until the following week, October 21, 2005, to submit the reply memorandum.

As an additional ground for the requested extension, Plaintiffs are preparing to file a motion to file a Second Amended Complaint which will contain additional factual allegations supporting the Plaintiffs' contention that the Defendants were not entitled to treat them as employees exempt from the overtime requirements of the FLSA and Massachusetts Wage Act.  With this new complaint, the Plaintiffs intend to file a renewed Motion to Facilitate §216(b) Notice.  Plaintiffs suggest therefore that the issue of conditional class certification may be more suitable for a ruling after the briefing is complete on the renewed motion.  It would therefore not prejudice the Defendants for the Plaintiffs to receive this requested three-week extension on the filing of their reply memorandum.

WHEREFORE Plaintiffs respectfully request that the deadline for their reply memorandum in support of their Motion to Facilitate §216(b) Notice be extended until October 21, 2005.

Respectfully submitted,

Ian O'Donnell and David Jolicoeur,
on behalf of themselves and all others similarly situated,

By their attorneys,

__s/Shannon Liss-Riordan_____
Shannon Liss-Riordan, BBO #640716
Stephen Young, BBO #662914
PYLE, ROME, LICHTEN, EHRENBERG
    & LISS-RIORDAN, P.C.

18 Tremont Street, 5th Floor
Boston, MA 02108
Dated:    September 30, 2005        (617) 367-7200


### CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify that I conferred with Krista Pratt, Counsel for Defendants, regarding the subject of this motion, and she stated that Defendants oppose the Plaintiffs' request for an extension.

__s/Shannon Liss-Riordan_____
Shannon Liss-Riordan, Esq.


### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Richard L. Alfred, Esq., and Krista G. Pratt, Esq., Seyfarth Shaw LLP, Two Seaport Lane, Suite 300, Boston, MA 02210, by facsimile and first class mail on September 30, 2005.

__s/Shannon Liss-Riordan_____
Shannon Liss-Riordan, Esq.