# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IAN O'DONNELL AND DAVID JOLICOEUR, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBERT HALF INTERNATIONAL INC. AND ROBERT HALF CORPORATION,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04-CV-12719 NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' ASSENTED-TO MOTION FOR CLARIFICATION
## OF THE COURT'S ORDER OF OCTOBER 5, 2005

Defendants Robert Half International Inc. and Robert Half Corporation (collectively "Defendants") submit this motion seeking clarification of the Court's October 5, 2005 Order granting Plaintiffs' Motion for Extension of Time to Submit Reply Memorandum. Defendants request that the Order be modified so as to clarify that, consistent with the Court's rulings during the August 19, 2005 hearing in this matter, the time for Defendants to conduct discovery and file a surreply be extended until December 2, 2005. As grounds for this motion, Defendants state as follows:

   1.  On August 19, 2005, the Court held a scheduling conference and heard argument on Plaintiffs' Motion to Facilitate § 216(b) Notice ("Motion to Facilitate").[1] At the hearing, the Court expressed the view that it did not see that Plaintiffs had "given [the Court] sufficient cause

---

[1] A transcript of the August 19 hearing (the "Transcript") is on file with the Court.

to believe that the other [members of the putative FLSA class] are similarly situated."[2] Plaintiffs therefore requested an additional period of time in which to conduct discovery on the issues presented by their Motion to Facilitate and submit a reply to Defendants' Opposition. Defendants did not oppose or object to Plaintiffs' request but asked the Court to allow them one month following the date on which Plaintiffs' reply was filed to conduct discovery on the conditional class certification issues and file a surreply.

2.    The Court granted the parties' requests in substance. First, the Court allowed Plaintiffs six weeks, or until September 30, 2005, to conduct discovery and file a reply. Second, the Court allowed Defendants until October 31, 2005, one month after the date on which Plaintiffs were to file their reply, to take discovery and file a surreply. Finally, the Court stated that it would thereafter take the Motion to Facilitate under advisement.[3]

3.    On Friday, September 30, 2005, Plaintiffs filed a Motion for Extension of Time to Submit Reply Memorandum (the "Motion to Extend") seeking an additional three weeks, or until October 21, 2005, to file a reply.

4.    On Wednesday, October 5, 2005, the Court entered an Order granting Plaintiffs' Motion to Extend by allowing Plaintiffs' counsel until October 21, 2005, to file a reply. The Court's Order, however, does not address the time for Defendants to conduct discovery and file a surreply that had previously been scheduled for the month following the Plaintiffs' anticipated September 30 deadline.

---

[2] *See* Transcript at 7:19-25. *See also* transcript at 11:9-10 ("I don't see that there's enough that I have to establish this putative class.").

[3] This order appears in the Transcript at 14:1-15 and in the Clerk's notes of the scheduling conference added to the docket on August 22, 2005.

5.    Defendants request that, consistent with the Court's August 19 Order, they be allowed a reasonable period of time after October 21, 2005, to conduct discovery on the conditional class certification issues and file a surreply. Defendants believe that they could conduct such discovery and draft a surreply by December 2, 2005.

6.    Counsel for Plaintiffs, Shannon Liss-Riordan, has assented to this motion.

WHEREFORE, Defendants Robert Half International Inc. and Robert Half Corporation respectfully request that this Court amend its October 5, 2005 Order so as to clarify that Defendants may conduct discovery on the issues presented by Plaintiffs' Motion to Facilitate § 216(b) Notice and file a surreply until December 2, 2005.

Respectfully submitted,

ROBERT HALF INTERNATIONAL INC.
AND ROBERT HALF CORPORATION
By their Attorneys,

 /s/ Richard L. Alfred
Richard L. Alfred (BBO # 015000)
Krista G. Pratt (BBO # 644741)
Barry J. Miller (BBO # 661596 )
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800
DATED:  October 14, 2005            Telecopier:    (617) 946-4801

CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify that I conferred with Shannon Liss-Riordan, counsel for Plaintiffs, by electronic mail on October 12, 2005, regarding the subject matter of this motion and she stated that Plaintiffs assent to the extension sought by this motion.

/s/ Krista G. Pratt

Krista G. Pratt

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by first class mail to Shannon Liss-Riordan, Esq., an attorney of record for Plaintiffs on October 14, 2005.

/s/ Barry J. Miller

Barry J. Miller

BO1 15740949.2