# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IAN O'DONNELL and DAVID JOLICOEUR, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT HALF INTERNATIONAL INC. and ROBERT HALF CORPORATION <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO.: 04-12719 NMG |

## **PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO MOTION TO FACILITATE §216(b) NOTICE AND MEMORANDUM IN SUPPORT THEREOF**

Plaintiffs Ian O'Donnell and David Jolicoeur, on behalf of themselves and all

others similarly situated ("Plaintiffs"), moved for issuance of a Court-approved notice of

the pending litigation to those employees who Plaintiffs contend should not have been

classified as exempt from federal and state overtime statutes.  Defendants Robert Half

International, Inc., and Robert Half Corporation ("Defendants") opposed this motion, and

this Court directed Plaintiffs to provide more factual support in order to meet the legal

standard for issuance of Court-approved notice.  In this reply, Plaintiffs provide further

factual evidence which, along with the detailed allegations in the pleadings and the

supporting affidavits, provides sufficient support for a grant of conditional class certification at this notice stage.[1]

The merits of Plaintiffs' underlying claim for overtime wages are not at issue in this Motion.

## I.    FACTUAL BACKGROUND

At the August 19, 2005, scheduling conference in this matter, the Court suggested that Plaintiffs needed to "demonstrate … whether they are similarly situated with the employees who are now staffing managers who do not work in Massachusetts or who do not work for the Accountemps division."  Transcript of August 19, 2005, Scheduling Conference, p. 8.  As described below, Plaintiffs have evidence showing that Defendants employ Staffing Managers, Recruiting Managers, and Account Executives with job descriptions substantially identical to those of Plaintiffs across all divisions and throughout Defendants' hundreds of offices worldwide.

According to Defendants' website, "Robert Half International has seven divisions: Accountemps®, Robert Half Finance & Accounting®, … Robert Half® Management Resources, …Office Team®, … Robert Half® Technology, … Robert Half® Legal, … and The Creative Group®."  See Ex. 1, p. 1.  Despite this seeming diversity, the attached materials from Defendants' website show that Defendants' job descriptions for

---

[1] Plaintiffs intend imminently to file a motion to amend the complaint to allege a second theory of liability under the FLSA.  The current complaint alleges that Defendants misclassified them as exempt employees because they failed to meet the "duties test," and the new amended complaint will allege that Defendants also failed to meet the "salary basis" test for exemption from the FLSA.  Although Plaintiffs contend that they have provided sufficient factual support to warrant conditional certification based on the "duties test," the evidence they will submit in support of conditional certification under the new complaint will even more clearly meet the lenient standard for conditional certification and notice, as it is based on an explicit company-wide policy in Defendants' employee handbook.

Staffing Managers, Recruiting Managers, and Account Executives throughout these

seven divisions are near identical or substantially similar, in that all but two share the

following language in common:

> "[Staffing employees] … work in a team environment, while being held
> accountable for individual sales growth targets.  A combination of recruiting,
> account development and account management skills are required ….
> Responsibilities include:
>
> ■ Prospecting for new client business by meeting [hiring/key] managers to
>    understand their [staffing/project] needs
> ■ Making recommendations to clients regarding the [candidates who have
>    the skills and experience for the job/top talent available …]
> ■ Providing customer service for existing clients to ensure their
>    expectations are being met
> ■ Sourcing candidates through existing database, advertising, Internet,
>    business contacts and direct recruiting
> ■ Meeting with [candidates/potential consultants] to evaluate their skills
>    and understand their job preferences
> ■ Strategizing with teammates to accomplish weekly business growth
>    goals"

See Ex. 1, pp. 2-16.

There are no substantive variations to the above-quoted language in the job

descriptions for Defendants' Staffing Managers, Recruiting Managers, and Account

Executives in five of Defendants' seven divisions, and the divisions' respective

descriptions explicitly apply to all such employees in hundreds of Defendants' offices

throughout North America, Europe, and Australia.[2]  See Ex. 1, pp. 2-16.  This evidence

shows that Defendants employ Staffing Managers, Recruiting Managers, and Account

---

[2] Although all seven divisions advertise positions with descriptions of the positions' responsibilities that
are practically identical to each other and to Plaintiffs' job description, two divisions' job descriptions differ
slightly in that the Robert Half® Technology division uses much of the above-quoted language but
includes other responsibilities and The Creative Group® gives a much shorter, though still similar, job
description for Account Executives.  See Ex. 1, pp. 10-13, 16.  On the face of these descriptions, all
seven positions appear to have practically identical responsibilities.

Executives in positions similar to the plaintiffs', with similar duties, across its divisions and throughout its hundreds of offices worldwide, because Plaintiffs worked as Staffing Managers for Accountemps®, and as illustrated above, the job description for Accountemps® Staffing Managers is nearly identical to the job descriptions for Staffing Managers at Office Team®, for Recruiting Managers at Robert Half® Finance & Accounting, and for Account Executives at Robert Half® Management Resources and Robert Half® Legal, and substantially similar to the job descriptions for Account Executives at Robert Half® Technology and The Creative Group®. See Ex. 1, pp. 2-16. These materials from Defendants' website also explicitly state that for each division, "opportunities" in the described positions, whether described as Staffing Managers, Recruiting Managers, or Account Executives, "are available throughout North America, Europe and Australia." Id. These descriptions make clear on their face that these are all the same jobs.

Furthermore, it is important to note that Plaintiff Ian O'Donnell worked as an Account Manager in *three* of Defendants' offices: the Danbury, Connecticut, office as well as the Boston and Westborough, Massachusetts offices. O'Donnell Aff., ¶ 2. Plaintiff O'Donnell has specifically attested that he had the same job duties as a Staffing Manager throughout his employment for Defendants and at each of the three offices where he worked, inside and outside of Massachusetts. O'Donnell Aff., ¶¶ 20-21. In addition, he attests that at all three offices, he worked with other employees who were in similar positions with similar job duties who were dissatisfied with not receiving overtime

pay and that he believed that many of these individuals would be interested in participating in this litigation.  O'Donnell Aff., ¶ 21.

The attached exhibits also demonstrate the uniformity of Defendants' policies and practices in that Defendants use uniform policies across offices and divisions and house various divisions in the same office space.  The attached excerpts from Defendants' employee handbook demonstrate the uniform application of Defendants' company-wide employment policies, as it states that "Robert Half International, Inc. or its subsidiaries ('RHI' or 'the Company')" provides the handbook to its employees "as a reference guide to its [i.e., RHI's] employment policies and procedures," and while "RHI reserves the right" to change employment policies, "[n]o supervisor, department head or other employee has any authority to enter into individual agreements with employees of RHI or to make any representations or promises concerning the terms and conditions of employment that differ materially from RHI policies, benefits or practices."  See Ex. 2, p. 119.  Further, it states that "[v]ariations in some policies may occur if necessary to comply with state or local law."  See Ex. 2, p. 123.  The attached website materials also show that all seven divisions' Boston locations are housed in the same office at 101 Arch Street, Suite 2000, which further demonstrates Defendants' centralized management of their seven purportedly separate divisions.  See Ex. 1, pp. 17-23.

The attached exhibits, in conjunction with Plaintiffs' pleadings and affidavits, show that Defendants apply uniform employment policies and practices in each state, each office, and across all seven divisions and that variations from the standard

company policies only occur if necessary to comply with state and local laws.[3]
Defendants' company-wide homogeneity is further demonstrated by Plaintiff O'Donnell's
allegations that he had the same job duties and experiences in three Robert Half offices
in two states. O'Donnell Aff., ¶¶ 2, 21.

As set forth in the First Amended Complaint, Plaintiffs claim entitlement to
overtime wages because they were not subject to a bona fide exemption to the Fair
Labor Standards Act (29 U.S.C. § 201 et seq.). Specifically, Plaintiffs maintain that they
were not subject to the administrative exemption because their primary responsibility
was to make sales calls, which is not related to the management or operations of
Robert Half or its customers. As Staffing Managers for Defendants, Plaintiffs essentially
worked as telephone sales representatives and were required to be at their desks,
making approximately 100 outbound sales calls per day and performing tasks assigned
to them on an hour-to-hour or even minute-to-minute basis. First Amended Complaint
¶¶ 16-17, 21; O'Donnell Aff., ¶¶ 9-12; Jolicoeur Aff., ¶¶ 9-12. The plaintiffs had little to
no discretion in their jobs, and what they did was entirely prescribed by Defendants:
Plaintiffs were told which companies to call, which individual to call at each company,
and how to spend their time throughout the day. First Amended Complaint ¶ 21;
O'Donnell Aff., ¶¶ 6-12; Jolicoeur Aff., ¶¶ 6-12. Plaintiffs lacked discretion in performing
their job duties, managerial and supervisory duties, authority to hire and fire, duties

---

[3] Further evidence that these perceived violations are not limited to Massachusetts may be found in the
fact that two class actions alleging the same violations as in the instant action have been filed, one in
California state court and one in the U.S. District Court for the Northern District of California (Greene v.
Robert Half International, Inc., Civil Action No. 05-03248).

requiring advanced knowledge, and other duties typical of exempt employees.  First Amended Complaint ¶¶ 18-25; O'Donnell Aff., ¶¶ 12-19; Jolicoeur Aff., ¶¶ 12-19.

The above-described homogeneity in Defendants' job descriptions for all divisions' Staffing Managers, Recruiting Managers, and Account Executives, Defendants' employment policies, and operations demonstrate that Defendants' employ company-wide policies and thus, that the violations alleged by Plaintiffs arise from such company-wide policies and practices of Defendants and were not limited to the plaintiffs' job description, division, and offices.  Therefore, the attached materials, in conjunction with the allegations in the plaintiffs' pleadings and affidavits, sufficiently support Plaintiffs' contention that all of Defendants' employees throughout these divisions, job categories, and locations essentially perform the same job duties, and thus that if Plaintiffs are correct in asserting they should not have been classified as exempt from the overtime laws, the same would be true for all similarly situated Staffing Managers, Recruiting Managers, and Account Executives employed by Defendants.

## II.    ARGUMENT

### A.    <u>Issuance of Notice Is Appropriate, As Plaintiffs Meet the Similarly Situated Standard</u>

The FLSA allows an employee to bring an action on his or her own behalf and on behalf of all others "similarly situated."  29 U.S.C. §216(b).  Under the two-step evaluation of the "similarly situated" standard followed in this circuit and most other courts, the standard for issuance of a collective action "is a 'lenient one.'"  <u>Mooney v. Aramco Servs. Co.</u>, 54 F.3d 1207, 1213-14 (5th Cir. 1995).  This lenient "similarly situated" standard for notice is usually met at the notice stage through detailed

allegations in a complaint and supporting affidavits.  Grayson v. K Mart Corp., 79 F.3d 1086, 1097 (11th Cir. 1996), cert. denied, 117 S. Ct. 435 (1996); Sperling v. Hoffman-La Roche, Inc., 118 F.R.D. 392, 406-07 (D. N.J. 1988), aff'd 110 S. Ct. 482 (1989).

Although this Court expressed reservation at the August 19, 2005, scheduling conference as to whether the plaintiffs had met the standard in this case, numerous courts have made clear that the standard at the notice stage is so "lenient" that notice may usually be granted based solely on detailed allegations and affidavits.  In Kane v. Gage Merchandising Services, Inc., 138 F.Supp.2d 212, 214 (D. Mass. 2001) this Court granted the request for notice and stated that during the "'notice stage,' the court usually relies 'only on the pleadings and any affidavits which have been submitted' … [and] some courts have held that, at the 'notice' stage, plaintiffs need only make substantial allegations that the putative class members were subject to a single decision, policy, or plan that violated the law") (citing Mooney, 54 F.3d at 1214).

In another misclassification case quite similar to the instant action, Patton v. Thomson Corp., 364 F.Supp.2d 263, 267 (E.D.N.Y. 2005), the sole plaintiff alleged a nationwide class action on behalf of similarly situated Client Service Managers ("CSM"), and notice was granted based on the plaintiff's allegations that she was not paid overtime, that she was misclassified as exempt, and "that all CSMs have the same job duties and assignments and that they are paid in the same manner"; the defendant's admission in its answer that CSMs were paid on a salary basis and classified as exempt (which Defendants in the instant case also admitted with respect to Plaintiffs in their Answer, at ¶ 15); and the plaintiff's job description.  Similarly, in Gjurovich v.

Emmanuel's Marketplace, Inc., 282 F.Supp.2d 101 (S.D.N.Y. 2003), notice was approved based on the allegations in the complaint and the sworn declaration of the sole named plaintiff that he was not paid overtime, that he was misclassified as exempt, and that other employees were also misclassified and not paid overtime.

Many other recent cases have granted conditional certification at the notice stage based on the plaintiffs' allegations alone.  See, e.g., Dietrich v. Liberty Square, LLC, 230 F.R.D. 574 (N.D. Iowa 2005) (notice granted based on allegations in two affidavits); Clarke v. Convergys Customer Management Group, Inc., 370 F.Supp.2d 601 (S.D. Tex. 2005) (notice granted based on detailed allegations in pleadings and affidavits); Neagley v. Atascosa County EMS, 2005 WL 354085 (W.D. Tex. 2005) (notice granted based on allegations in complaint alone); Pendlebury v. Starbucks Coffee Co., 2005 WL 84500 (S.D. Fla. 2005) (notice granted in exemption case based on allegations in complaint and declarations of four former employees); Brown v. Money Tree Mortgages, Inc., 222 F.R.D. 676 (D. Kan. 2004) (notice granted based on complaint and two affidavits); Reeves v. Alliant Techsystems, Inc., 77 F.Supp.2d 242 (D.R.I. 1999) (notice granted based solely on plaintiffs' "alleging that the putative class members were together the victims of a single decision, policy or plan").

Plaintiffs may demonstrate that similarly situated class members exist by making a "modest factual showing sufficient to demonstrate that [plaintiffs] and potential plaintiffs together were the victims of a common policy or plan that violated the law." Hoffman v. Sbarro, Inc., 982 F.Supp. 249, 261 (S.D.N.Y. 1997).  As set forth above, the attached exhibits provide further support that Plaintiffs' allegations concerning their job

duties and experiences resulted from company-wide policies that make Plaintiffs'

alleged experiences typical of all those who are employed by Defendants as Staffing

Employees.  Defendants' seven divisions list five job descriptions that are nearly

identical to the Plaintiffs' job descriptions and two that are substantially similar.

Certainly, this evidence should be sufficient to meet Plaintiffs' burden to make a

"modest factual showing sufficient to demonstrate that [plaintiffs] and potential plaintiffs

together were the victims of a common policy or plan that violated the law."  Hoffman,

982 F.Supp. at 261; see also Patton v. Thomson, 364 F.Supp.2d at 267 (plaintiff's job

description submitted as evidence and cited as partial basis for grant of notice).

## III.    CONCLUSION

For the foregoing reasons, this Court should grant Plaintiffs' Motion to Facilitate

216(b) Notice and compel Defendants to provide Plaintiffs with the names and

addresses of all other individuals in the proposed class employed as Staffing Managers,

Recruiting Managers, and Account Executives within the last three years so that notice

can be sent expeditiously.

Respectfully submitted,

s/Shannon Liss-Riordan
Shannon Liss-Riordan, BBO #640716
Stephen Young, BBO #662914
PYLE, ROME, LICHTEN, EHRENBERG
    & LISS-RIORDAN, P.C.
18 Tremont Street, Ste. 500
Boston, MA 02108
Dated:  October 21, 2005        (617) 367-7200



**Robert Half International Inc.**

Select a Country >          Specialized Services | Investor Relations | Resource Center

Home » About Us » Fact Sheet

▸ **Fact Sheet**

RHI Highlights

Recent News

Corporate Philanthropy

## Overview

Founded in 1948, Robert Half International Inc. (NYSE symbol: RHI) is the world's leading specialized staffing service and the first to provide placement services for accounting, finance and information technology professionals.

## History

Beginning in 1986, RHI's current management team led the firm from a small franchisor to its present position as an international operating company in the staffing industry by reacquiring franchises, opening new offices and starting new divisions. All of the firm's offices are now company-owned and -operated.

## Financial

The company's revenues were $2.7 billion in 2004, versus $7 million in 1986, with 2004 net income of $140.6 million.

## Divisions

Robert Half International has seven divisions: Accountemps®, Robert Half® Finance & Accounting and Robert Half® Management Resources, for temporary, full-time and project professionals, respectively, in the fields of accounting and finance; OfficeTeam®, for highly skilled temporary administrative support; Robert Half® Technology, for information technology professionals; Robert Half® Legal, for temporary, project and full-time staffing of attorneys, paralegals and legal support personnel; and The Creative Group®, for creative, advertising, marketing and web design professionals.

In addition, Robert Half International is the parent company of Protiviti® Inc. Protiviti is a leading provider of truly independent internal audit and business and technology risk consulting services.

## Facilities

Headquarters: Menlo Park, CA

More than 330 offices in North America, Europe, Australia and New Zealand

## Management

000001

Job Recruiting - Job in Recruiting

# accountemps®
### Specialized Financial Staffing

| Sign In | Register |
| --- | --- |

| | About Us | Search Jobs | Payroll Center |
| --- | --- | --- | --- |
| | | Career Center | Employers |

## About *Accountemps*

*Find A Great Job Now!*

**Keyword :**

**Zip/Postal Code :**

SEARCH

**Find jobs outside North America**

**About Us**
Employee Benefits
The AT Advantage
Endorsements
Press Room
FAQ
Office Locations
Internal Opportunities
Customer Service

### Internal Opportunities

Robert Half International Inc. has over 50 years experience in specialized staffing. We pride ourselves in offering exceptional service to clients and job seekers while maintaining the highest professional standards through our commitment to "Ethics First." Utilizing leading-edge technologies, our employees have the tools to create breakthrough business opportunities and increased productivity.

We are committed to hiring highly skilled employees and providing them outstanding career and developmental opportunities. Our unparalleled revenue growth and profitability is a result of learning from our collective experiences and strategically collaborating to achieve progressive change. We use a team-based sales approach to encourage a healthy work life balance. Robert Half International Inc. employees receive aggressive compensation for top performance and highly competitive benefits.

The following opportunities are available throughout North America, Europe, Australia, and New Zealand:

Staffing Manager

Division Director

Branch Manager

### Staffing Manager Responsibilities

Do you have a past history of success? Are you used to working as a value-added team member? Is driving business in a fast-paced environment something you enjoy? If so, then you are the type of individual that we are looking for.

000002

Job Recruiting - Job in Recruiting

As a Staffing Manager we will provide you with the best training, tools and technology to assist you in developing your business. Individuals in this position work in a team environment, while being held accountable for individual sales growth targets. A combination of recruiting, account development and account management skills are required for this position. Responsibilities include:

- Prospecting for new client business by meeting hiring managers to understand their staffing needs
- Making recommendations to clients regarding the candidates who have the skills and experience for the job.
- Providing customer service for existing clients to ensure their expectations are being met
- Sourcing candidates through existing database, advertising, internet, business contacts and direct recruiting
- Meeting with candidates to evaluate their skills and understand their job preferences
- Strategizing with teammates to accomplish weekly business growth goals

To apply for this position, please send your resume and cover letter via e-mail to field.recruiting@accountemps.com

Back to Top

## Division Director Responsibilities

Do you lead by example? Can you show a team that you are the best at implementing all of our proven operating procedures and policies? Are you externally client focused and business development driven? If the answer to these questions is yes, then we would like to see examples of your past success and consider you for a Division Director position.

The Division Director role is crucial to the continued revenue growth of the company. As a manager, Division Directors are a key component in maintaining the sales culture of the division. They are also expected to achieve personal sales targets that are at or above the level of the members on the team. We are looking for a true sales leader.

As a team leader, you are responsible for:

- Modeling, by example, the kind of client-focused needs based selling that you want your division to practice
- Motivating and developing a team of sales professionals
- Candidate recruitment, account development and account management

000003

About Robert Half Finance & Accounting - Internal Opportunities



1-800-474-4253          Locate an Office

**Quick Search**

SEARCH JOBS

ZIP/POST                GO

Find jobs outside North America

**About Us**

RHFA Advantage
Alliances
Press Room
Office Locations
Internal Opportunities
Customer Service

## ABOUT US

### Internal Opportunities

Robert Half International Inc. has more than 55 years of experience in specialized staffing. We pride ourselves on offering exceptional service to clients and job seekers while maintaining the highest professional standards through our commitment to "Ethics First." Utilizing leading-edge technologies, our employees have the tools to create breakthrough business opportunities and increased productivity.

We are committed to hiring highly skilled employees and providing them outstanding career opportunities. Robert Half International Inc. employees receive aggressive compensation for top performance and highly competitive benefits.

The following opportunities are available throughout North America, Europe and Australia:

    Recruiting Manager
    Division Director
    Branch Manager

### Recruiting Manager

Do you have a past history of success? Is driving business in a fast-paced team-driven environment something you enjoy?

As a Robert Half Finance & Accounting Recruiting Manager, we will provide you with the best training, tools and technology to assist you in developing your business. Individuals work in a team environment, while being held accountable for individual sales growth targets. A combination of recruiting, account development and account management skills are required. Responsibilities include:

- Prospecting for new client business by meeting hiring managers to understand their staffing needs.

**000004**

About Robert Half Finance & Accounting - Internal Opportunities

- Making recommendations to clients regarding the top talent available to meet their requirements.

- Providing customer service for existing clients to ensure their expectations are being met.

- Sourcing candidates through existing database, advertising, Internet, business contacts and direct recruiting.

- Meeting with candidates to evaluate their skills and understand their job preferences.

- Strategizing with teammates to accomplish weekly business growth goals.

To apply for this position, please send your resume and cover letter via e-mail to field.recruiting@roberthalffinance.com

**Division Director**

Do you lead by example? Can you show a team that you are the best at implementing all of our proven operating procedures and policies? Are you client focused and business development driven?

The Division Director role is crucial to the continued revenue growth of the company. Division Directors are a key component in maintaining the sales culture of the division. They are also expected to achieve personal sales targets that are at or above the level of the members on their team.

As a team leader, you are responsible for:

- Modeling, by example, the kind of client-focused, needs-based selling that you want your division to practice

- Motivating and developing a team of sales professionals

- Candidate recruitment, account development and account management

- Working with upper management to set long and short-term growth objectives for the division with the understanding that you will be held accountable for achievement of these goals

- Communicating the needs of your team to upper management, so that proper tools and training can be made available to achieve growth targets

To apply for this position, please send your resume and cover letter via e-mail to field.recruiting@roberthalffinance.com

000005



## Robert Half®
### Management Resources
*Project Financial Professionals*

**QUICK PROJECT FINDER**

Job Type :

Zip/Post :

**SEARCH**

Find jobs outside North America

### About Us
Consultant Services
MR Advantage
Alliances
Press Room
Office Locations
Internal Opportunities
Customer Service

Sign In  |  Register  |  Find Projects  |  Payroll Center  |  RHMR LINK  |  Career Center

About Us  |  Client Resources

# ABOUT US

## Internal Opportunities

Join the worldwide leader in specialized staffing services since 1948. Robert Half International Inc. takes pride in offering exceptional service to clients and job seekers while maintaining the highest professional standards through our commitment to "Ethics First." Utilizing leading-edge technologies, our employees have the tools to create breakthrough business opportunities and increased productivity.

We are committed to hiring highly skilled employees and providing them outstanding career and developmental opportunities. Our unparalleled revenue growth and profitability is a result of learning from our collective experiences and strategically collaborating to achieve progressive change. We use a team-based sales approach to encourage a healthy work/life balance. Robert Half International Inc. employees receive aggressive compensation for top performance and highly competitive benefits.

The following opportunities are available throughout North America, Europe and Australia:

Account Executive

Division Director

Branch Manager

### Account Executive

Do you have a past history of success? Are you used to working as a value-added team member? Is driving business in a fast-paced environment something you enjoy? If so, then you are the type of individual that we are looking for.

As an Account Executive, we will provide you with the best training, tools and technology



000006

About Management Resources - Internal Opportunities

to assist you in developing your business. Individuals in this position work in a team environment, while being held accountable for individual sales growth targets. A combination of recruiting, account development and account management skills are required for this position. Responsibilities include:

- Prospecting for new client business by meeting key managers to understand their project needs

- Making recommendations to clients regarding the top talent available to meet their project needs

- Providing customer service for existing clients to ensure their expectations are being met

- Sourcing candidates through existing database, advertising, Internet, business contacts and direct recruiting

- Meeting with potential consultants to evaluate their skills and understand their job preferences

- Strategizing with teammates to accomplish weekly business growth goals

To apply for this position, please send your resume and cover letter via e-mail to field.recruiting@roberthalfmr.com

back to the top

## Division Director

Do you lead by example? Can you show a team that you are the best at implementing all of our proven operating procedures and policies? Are you externally client-focused and business development driven? If the answer to these questions is yes, then we would like to see examples of your past success and consider you for a Division Director position.

The Division Director role is crucial to the continued revenue growth of the company. As a manager, Division Directors are a key component in maintaining the sales culture of the division. They are also expected to achieve personal sales targets that are at or above the level of the members on the team. We are looking for a true sales leader.

As a team leader, you are responsible for:

- Modeling, by example, the kind of client-focused needs based selling that you want your division to practice

http://www.roberthalfmr.com/InternalOpportunities

About OfficeTeam - Internal Opportunities



## OFFICE TEAM
### Specialized Administrative Staffing

Sign In • Register    About Us • Career Center • Search Jobs | Payroll Logon | Employers

## About **OfficeTeam**

**FIND A JOB NOW**

Job Type :

Zip/Post :

SEARCH >

Find Jobs outside North America

**About Us**
Benefits
Featured Jobs
Office Locations
Press Room
Alliances
Internal Opportunities
Customer Service

### Internal Opportunities

Robert Half International Inc. employees receive aggressive compensation for top performance and highly competitive benefits. We are committed to hiring highly skilled employees and providing them outstanding career and developmental opportunities. Our unparalleled revenue growth and profitability is a result of learning from our collective experiences and strategically collaborating to achieve progressive change. We use a team-based sales approach to encourage a healthy work life balance.

We offer exceptional service to clients and job seekers while maintaining the highest professional standards through our commitment to "Ethics First". Utilizing leading-edge technologies, our employees have the tools to create breakthrough business opportunities and increased productivity.

The following opportunities are available throughout North America, Europe and Australia:

Staffing Manager
Division Director
Branch Manager

**Staffing Manager**

Do you have a past history of success? Are you used to working as a value-added team member? Is driving business in a fast-paced environment something you enjoy? If so, then you are the type of individual that we are looking for.

As a Staffing Manager we will provide you with the best training, tools and technology to assist you in developing your business. Individuals in this position work in a team environment, while being held accountable for individual sales growth targets. A combination of recruiting, account development and account management skills are required for this position. Responsibilities include:

000008

http://www.officeteam.com/InternalOpportunities

- Prospecting for new client business by meeting hiring managers to understand their staffing needs
- Making recommendations to clients regarding the top talent available to meet their requirements
- Providing customer service for existing clients to ensure their expectations are being met
- Sourcing candidates through existing database, advertising, internet, business contacts and direct recruiting
- Meeting with candidates to evaluate their skills and understand their job preferences
- Strategizing with teammates to accomplish weekly business growth goals
  To apply for this position, please send your resume and cover letter via e-mail to field.recruiting@officeteam.com

Back to top

## Division Director

Do you lead by example? Can you show a team that you are the best at implementing all of our proven operating procedures and policies? Are you externally client focused and business development driven? If the answer to these questions is yes, then we would like to see examples of your past success and consider you for a Division Director position.

The Division Director role is crucial to the continued revenue growth of the company. As a manager, Division Directors are a key component in maintaining the sales culture of the division. They are also expected to achieve personal sales targets that are at or above the level of the members on the team. We are looking for a true sales leader.

As a team leader, you are responsible for:

- Modeling, by example, the kind of client-focused needs based selling that you want your division to practice
- Motivating and developing a team of sales professionals
- Candidate recruitment, account development and account management
- Working with upper management to set long and short-term growth goals for the division with the understanding that you will be held accountable for achievement of these objectives
- Communicating the needs of your team to upper management, so that proper tools



# Robert Half
### Technology
*Information Technology Professionals*

Office Locations 1.800.793.5533

**QUICK JOB SEARCH**

Keyword:

Zip/Post:

[SEARCH]

Find Jobs Outside North America

**About Us**
Looking for Work?
Looking for IT Talent?
Press Room
Alliances
Office Locations
Internal Opportunities
Customer Service

LOG IN    REGISTER    SEARCH JOBS

About Us    CAREER CENTER

PAYROLL CENTER    EMPLOYERS

## ABOUT US

### Internal Opportunities

Join the top-ranked staffing company, recently included in Fortune magazine's list of "America's Most Admired Companies." Robert Half International Inc. has over 50 years experience in specialized staffing. We pride ourselves in offering exceptional service to clients and job seekers while maintaining the highest professional standards through our commitment to "Ethics First." Utilizing leading-edge technologies, our employees have the tools to create breakthrough business opportunities and increased productivity.

We are committed to hiring highly skilled employees and providing them outstanding career and developmental opportunities. Our unparalleled revenue growth and profitability is a result of learning from our collective experiences and strategically collaborating to achieve progressive change. We use a team-based sales approach to encourage a healthy work/life balance. Robert Half International Inc. employees receive aggressive compensation for top performance and highly competitive benefits.

The following opportunities are available in the Robert Half Technology division of Robert Half International, Inc. throughout North America, Europe and Australia:

Account Executive/Recruiting Specialist

Account Executive/Sales Specialist

Division Director

### Account Executive/Recruiting Specialist

If you have a past history of success...
If you are used to working as a value-added team member...
If driving business in a fast-paced environment is something you enjoy...

000010

Then you are the type of individual that we are looking for. Join Robert Half International, the world's leader in specialized staffing with more than 50 years in the industry. RHI is listed on the NYSE, is a member of the S&P 500, and was recently included in Fortune magazine's list of "America's Most Admired Companies."

Robert Half Technology, the IT Consulting division of Robert Half International, is growing! As a Robert Half Technology Account Executive/Recruiting Specialist you will receive the best training, tools and technology to assist you in developing your business. Individuals in this position work in a team environment, while being held accountable for individual growth targets. A combination of recruiting, account development and account management skills are required for this position.

Responsibilities include:

- Using your demonstrated technical background to more closely manage and identify key talent throughout the recruiting process
- Sourcing candidates through existing database and contacts, advertising campaigns, and direct recruiting
- Managing the Internet-based recruitment process based on changing priorities and client needs
- Meeting with candidates to evaluate their skills and understand their job preferences
- Contacting peers and supervisors to determine a candidate's viability to support and resolve specific client needs
- Prospecting for new client business
- Making recommendations to clients regarding the top talent available to meet their requirements
- Managing expanding consultant base, providing consistent support and direction
- Strategizing with teammates to accomplish weekly business growth goals
- Providing back-up support to teammates as needed, such as direct client interaction to qualify requirements or attending initial client meetings with consultants
- Solidifying presence in local market through consistent participation in networking organizations and events

To apply for this position, please send your resume and cover letter via e-mail to

field.recruiting@roberthalftechnology.com.

back to the top

**Account Executive/Sales Specialist**

If you have a past history of success...
If you are used to working as a value-added team member...
If driving business in a fast-paced environment is something you enjoy...

Then you are the type of individual that we are looking for. Join Robert Half International, the world's leader in specialized staffing with more than 50 years in the industry. RHI is listed on the NYSE, is a member of the S&P 500, and was recently included in Fortune magazine's list of "America's Most Admired Companies."

Robert Half Technology, the IT Consulting division of Robert Half International, is growing! As a Robert Half Technology Account Executive/Sales Specialist you will receive the best training, tools and technology to assist you in developing your business. Individuals in this position work in a team environment, while being held accountable for individual growth targets. A combination of account development and account management skills are required for this position.

Responsibilities include:

- Using your demonstrated technical background to more closely manage and identify key talent throughout the recruiting process
- Sourcing candidates through existing database and contacts, advertising campaigns, and direct recruiting
- Managing the Internet-based recruitment process based on changing priorities and client needs
- Meeting with candidates to evaluate their skills and understand their job preferences
- Contacting peers and supervisors to determine a candidate's viability to support and resolve specific client needs
- Prospecting for new client business
- Making recommendations to clients regarding the top talent available to meet their requirements
- Managing expanding consultant base, providing consistent support and direction

**000012**

- Strategizing with teammates to accomplish weekly business growth goals

- Providing back-up support to teammates as needed, such as direct client interaction to qualify requirements or attending initial client meetings with consultants

- Solidifying presence in local market through consistent participation in networking organizations and events

To apply for this position, please send your resume and cover letter via e-mail to field.recruiting@roberthalftechnology.com.

back to the top

## Division Director

Do you lead by example?
Can you mentor others by implementing proven best practices?
Are you client-focused and business development-driven?
Do you have a background in Information Technology and/or Technical Sales?
Do you have an entrepreneurial spirit?
If driving business in a fast-paced environment is something you enjoy…

…Then you are the type of individual that we are looking for. Join Robert Half International, the world's leader in specialized staffing with more than 50 years in the industry. RHI is listed on the NYSE, is a member of the S&P 500, and was recently included in Fortune magazine's list of "America's Most Admired Companies."

Robert Half Technology, the Technology Consulting division of Robert Half International, is expanding. The Division Director role is crucial to the continued revenue growth of the company. You are a key component in maintaining the sales culture of the division. As a true sales leader, you will be expected to achieve personal sales targets within a short period of time.

As a team leader, you are responsible for:

- Modeling — by example — the client-focused, needs-based sales methods that you want your division to practice

- Motivating and developing a team of sales professionals

- Using your demonstrated technical background to more closely manage the candidate recruitment, account development and account management process

000013

# Robert Half Legal
Specialized Legal Staffing™

| Sign In | Register | About Us | Career Center | Search Jobs | Payroll Center | Employers |

## About Robert Half Legal

**Quick Position Finder**

Job Type:

Zip/Postal:

SEARCH

**About Robert Half Legal**
Candidate Benefits
FAQs
Project Attorneys
Press Room
Online Alliances
Office Locations
Internal Opportunities
Customer Service

## Internal Opportunities

Join the number one ranked staffing company. Our parent company, Robert Half International was honored as "Best International Recruitment Firm" at the Recruiter 2003 Awards, the ultimate recognition of best practices in the recruitment industry.

We pride ourselves in offering exceptional service to clients and job seekers while maintaining the highest professional standards through our commitment to "Ethics First." Utilizing leading-edge technologies, our employees have the tools to create breakthrough business opportunities and increased productivity.

We are committed to hiring highly skilled employees and providing them with outstanding career and developmental opportunities. Our unparalleled revenue growth and profitability is a result of learning from our collective experiences and strategically collaborating to achieve progressive change. We use a team-based sales approach to encourage a healthy work-life balance. Robert Half International Inc. employees receive aggressive compensation for top performance and highly competitive benefits.

The following opportunities are available throughout North America, Europe and Australia:

Account Executive
Division Director
Branch Manager

### Account Executive

Do you have a past history of success? Are you used to working as a value-added team member? Is driving business in a fast-paced environment something you enjoy? If so, then you are the type of individual that we are looking for.

We will provide you with the best training, tools and technology to assist you in

000014

About Robert Half Legal - Internal Opportunities

developing your business. Account executives work in a team environment, while being held accountable for individual sales growth targets. A combination of recruiting, account development and account management skills are required for this position. Responsibilities include:

- Prospecting for new client business by meeting with hiring managers in order to understand their staffing needs

- Making recommendations to clients regarding the top talent available to meet their requirements

- Providing customer service for existing clients to ensure their expectations are being met

- Sourcing candidates through existing database, advertising, internet, business contacts and direct recruiting

- Meeting with candidates to evaluate their skills and understand their job preferences

- Strategizing with teammates to accomplish weekly business growth goals

To apply for this position, please send your resume and cover letter via e-mail to field.recruiting@roberthalflegal.com

## Division Director

Do you lead by example? Can you show a team that you are the best at implementing all of our proven operating procedures and policies? Are you externally client focused and business development driven? If the answer to these questions is yes, then we would like to see examples of your past success and consider you for a Division Director position.

The Division Director role is crucial to the continued revenue growth of the company. As managers, Division Directors are key components in maintaining the sales culture of the division. They are also expected to achieve personal sales targets that are at or above the level of the members on the team. We are looking for a true sales leader.

As a team leader, you are responsible for:

- Modeling, by example, the kind of client-focused needs-based selling that you want your division to practice



**t(g) THE CREATIVE GROUP®**
MARKETING & ADVERTISING PROFESSIONALS

—— Search Jobs ——

Job Type :

Zip/Post :

[search]

—— About Us ——

Look to The Creative Group
Look to Us for Project Work
Jobs Provided by TCG →
  Advertising & Marketing
  Creative & Production
  Public Relations
  Web
Office Locations
Customer Service
Press Room
Executive Profile
Alliances

Sign In   Register   Search Jobs   Payroll Center   Tips & Tools   Featured Artists   About Us   - eZine -

about us

## Glossary of Jobs: Advertising and Marketing

**Account Director/Supervisor**
Manages client relationships within an agency, and may be involved in delivering presentations and pitches to potential clients. Performs many of the duties listed for the account manager but with stronger work experience in each function. Often highly experienced in one or two industries and may supervise account managers. Strong interpersonal, customer-service, and organizational and communication skills are required.

**Account Executive**
Serves as day-to-day liaison with clients to ensure successful and timely completion of projects ranging from product launches to print, radio, television and web advertisements. Helps clients develop an advertising strategy and may also be responsible for securing new business.

**Account Manager/Senior Account Executive**
Plans, coordinates, directs and implements advertising campaigns. Confers with management to assess advertising needs, determine goals and establish annual budgets. Manages creative and production teams to develop advertising strategies, including selecting media vehicles, determining timing and placement of materials, and estimating costs. Ensures implementation of campaign strategies on time and within budget and may adjust or redirect strategies as needed. May supervise account executives.

**Assistant Marketing Manager**
Assists the marketing manager in developing and implementing marketing strategies. Duties include conducting market research and coordinating with creative and production teams to produce promotional materials. Requires strong communication and organizational skills. Advertising or marketing education a plus.

**Brand/Product Manager**
Plans, develops and implements brand strategies and marketing programs for a particular business or product. Duties include providing branding direction, developing and executing brand marketing programs, reviewing market research to anticipate competitive and industry trends and translating consumer attitudes into new branding directions. Also consults with development teams about market requirements and product features.

**Copy Editor**

000016

# accountemps®
Specialized Financial Staffing

Sign In    Register

About Us    Search Jobs    Payroll Center
Career Center    Employers

## About Accountemps

**Find A Great Job Now!**

Keyword :

Zip/Postal Code :

SEARCH

**Find Jobs outside North America**

**About Us**
Employee Benefits
The AT Advantage
Endorsements
Press Room
FAQ
Office Locations
Internal Opportunities
Customer Service

**Office Locator**

With more than 330 offices worldwide, Accountemps is sure to have Specialized Staffing Managers who can find jobs for you at the best places to work in your area. We can also help if you want to relocate permanently or temporarily.

Find the nearest office location by entering your zip/postal code or choosing a state/province.

**Enter your Zip/Postal Code:**

or

**Select an office by State/Province:** Massachusetts

Submit

**Your Results:**

**USA**

**Massachusetts**

**Boston**
101 Arch St
Suite 2000
Boston, MA 02110-1103
**Phone:** 617.951.4000
**Fax:** 617.951.0904
**Email:** boston@accountemps.com

000017

Find Jobs Online - Find a Job



**Robert Half®**
Finance & Accounting    Locate an Office

1-800-474-4253

| SIGN IN | REGISTER |
| ABOUT US | SEARCH JOBS | RHI REPORTS | CAREER CENTER | EMPLOYERS |

## ABOUT US

**Quick Search**

SEARCH JOBS

ZIP/POST          Go

Find jobs outside North America

**About Us**
RHFA Advantage
Alliances
Press Room
Office Locations
Internal Opportunities
Customer Service

### Office Locations

With more than 330 offices worldwide, Robert Half Finance & Accounting has specialized Recruiting Managers who can find jobs for you at the best places to work in your area. We can also help if you want to relocate permanently or temporarily.

Find the nearest office location by entering your zip/postal code or choosing a state/province.

**Enter your Zip/Postal Code:**

or

**Select an office by State/Province:**    Massachusetts

SUBMIT

**Your Results:**

**USA**

**Massachusetts**

**Boston**
101 Arch St
Suite 2000
Boston, MA 02110-1103
**Phone:** 617.951.4000
**Fax:** 617.951.0904
**Email:** boston@roberthalffinance.com

000018

http://www.roberthalffinance.com/OfficeLocations



**Robert Half®**
Management Resources
*Project Financial Professionals*

QUICK PROJECT FINDER:

Job Type :

Zip/Post :

SEARCH

Find jobs outside North America

**About Us**
Consultant Services
MR Advantage
Alliances
Press Room
Office Locations
Internal Opportunities
Customer Service

Sign In  |  Register     Find Projects  |     Payroll Center  |  Career Center
                         About Us  |  RHMR LINK  |  Client Resources

**OFFICE LOCATOR**

**Office Locations**

Robert Half Management Resources has offices throughout North America. To receive specific information on the office nearest you, enter your zip/postal code below. Or, call us toll free at **1.888.400.7474** (U.S. & Canada). Opportunities available outside North America.

Find your nearest office location by entering your zip/postal code or choosing a state/province.

**Enter your Zip/Postal Code :**

or

**Find the nearest office by State/Province :** Massachusetts

SUBMIT >

**Your Results:**

**USA**

**Massachusetts**

    **Boston**
    101 Arch St
    Suite 2000
    Boston, MA  02110-1103
    **Phone:** 617.737.1700
    **Fax:** 617.951.0904
    **Email:** boston@roberthalfmr.com

000019



Sign In • Register

About Us | Search Jobs | Career Center • | Payroll Center | Employers

About**OfficeTeam**

**OFFICE**TEAM®
Specialized Administrative Staffing

**FIND A JOB NOW**

Job Type :

Zip/Post :

SEARCH >

**Find Jobs outside North America**

**About Us**
Benefits
Featured Jobs
Office Locations
Press Room
Alliances
Internal Opportunities
Customer Service

## Office Locations

With over 300 offices worldwide, OfficeTeam is sure to have Specialized Staffing Managers who can find jobs for you at the best places to work in your area. We can also help if you want to relocate permanently or temporarily.

Find the nearest office location by entering your zip/postal code or by choosing a state/province.

**Enter your Zip/Postal Code :**

or

**Find the nearest office by State/Province :**    Massachusetts

SUBMIT >

**Results**

USA

**Massachusetts**

**Boston**
101 Arch St
Suite 2000
Boston, MA  02110-1103
**Phone:** 617.951.0036
**Fax:** 617.951.0904
**Email:** boston@officeteam.com

000020

Office Locations



# Robert Half®
## Technology
*Information Technology Professionals*

Office Locations 1.800.793.5533

**QUICK JOB SEARCH**

Keyword:

Zip/Post:

SEARCH

Find Jobs Outside North America

About Us
Looking for Work?
Looking for IT Talent?
Press Room
Alliances
Office Locations
Internal Opportunities
Customer Service

LOG IN    REGISTER    SEARCH JOBS    PAYROLL CENTER
         About Us    CAREER CENTER    EMPLOYERS

## ABOUT US

### Office Locator

With more than 100 offices worldwide, Robert Half Technology has experienced Account Executives who can conduct a specialized job search for you. We can also help if you're interested in relocating.

Find the nearest office location by entering your zip/postal code or choosing a state/province.

**Enter your Zip/Postal Code :**

or

**Select an office by State/Province :**  Massachusetts

SUBMIT

**Your Results:**

**USA**

**Massachusetts**

**Boston**
101 Arch St
Suite 2000
Boston, MA 02110-1103
**Phone:** 617.439.3000
**Fax:** 617.439.3003
**Email:** boston@roberthalftechnology.com

10/20/2005

# Robert Half Legal
Specialized Legal Staffing℠

Sign In | Register | Search Jobs | Payroll Center

About Us | Career Center | Employers

## Office Locator

## Quick Position Finder

**Job Type:**

**Zip/Postal:**

SEARCH

## About Robert Half Legal
Candidate Benefits
FAQs
Project Attorneys
Press Room
Online Alliances
Office Locations
Internal Opportunities
Customer Service

## Office Locations

With locations in major markets throughout North America, Robert Half Legal is sure to have Account Executives who can find jobs for you at the best places to work in your area.

Find the nearest office location by entering your zip/postal code or by choosing a state/province.

**Enter your Zip/Postal Code :**

or

**Find the nearest office by State/Province :**  Massachusetts

SUBMIT >

## Results

**USA**
**Massachusetts**

**Boston**
101 Arch St
Suite 2000
Boston, MA 02110-1103
**Phone:** 617.204.9100
**Fax:** 617.951.0904
**Email:** boston@roberthalflegal.com

000022

The Creative Group - Office Locations

Page 1 of 2

10/20/2005



# THE CREATIVE GROUP®
MARKETING & ADVERTISING PROFESSIONALS

— Search Jobs —

Job Type :

Zip/Post :

search

— About Us —

Look to The Creative Group
Look to Us for Project Work
Jobs Provided by TCG
Office Locations →
Customer Service
Press Room
Executive Profile
Alliances

Sign In    Register    Search Jobs    Payroll Center    Tips & Tools    Featured Artists    About Us    - eZine -



about us

**Office Locations**

The Creative Group has offices in major markets throughout North America, including New York, Boston, Philadelphia, Chicago, Dallas, Atlanta, Denver, San Francisco, Los Angeles, Seattle and Toronto. To receive specific information on the office nearest you, enter your zip/postal code below. Or, call us toll free at **1.888.846.1668** (U.S. & Canada).

**Enter your Zip/Postal Code :**

or

**Find the nearest office by State/Province :**    Massachusetts

submit

**Your Results:**

**USA**

**Massachusetts**

**Boston**
101 Arch St
Suite 2000
Boston, MA  02110-1103
**Phone:** 617.526.8899
**Fax:** 617.345.0016
**Email:** boston@creativegroup.com

**Burlington (MA)**

000023

http://www.creativegroup.com/OfficeLocations



# EMPLOYEE HANDBOOK
### YOUR PRIMARY RESOURCE FOR RHI'S PERSONNEL POLICIES

**Robert Half International Inc.**
**Mission Statement:**

To be the premier provider of specialized staffing services in all markets we serve while adhering to the highest professional standards.

---

**IMPORTANT NOTICE OF DISCLAIMER CONCERNING THIS HANDBOOK**

All employees of Robert Half International Inc. or its subsidiaries ("RHI" or "the Company") are employed "at-will," which means that either you or RHI may terminate your employment at any time, with or without cause and with or without prior notice or discipline.

RHI has provided you this Employee Handbook as a reference guide to its employment policies and procedures. The Employee Handbook is for informational purposes only and contains no promise of any kind. Except for the policy on at-will employment, RHI reserves the right to change, amend, delete, or adopt any employment policy, benefit or practice at any time with or without prior notice. RHI also reserves the right to depart from policies or procedures set forth in this Employee Handbook or elsewhere at its sole discretion. Nothing contained in the Employee Handbook or any other policy of RHI restricts the Company's absolute right to end your employment at any time, with or without cause and with or without prior notice.

No supervisor, department head or other employee has any authority to enter into individual agreements with employees of RHI or to make any representations or promises concerning the terms and conditions of employment that differ materially from RHI policies, benefits or practices.

This Employee Handbook, and the policies contained herein, supersede and replace any and all prior handbooks, policies, procedures and practices of RHI, whether documented or undocumented.

---

**Table of Contents**

RHI 0000119



## INTRODUCTION

Robert Half International Inc. and its subsidiaries ("RHI" or the "Company") have prepared this handbook to acquaint you with our policies and benefits. It is for informational purposes only, and is not intended to create or confer specific legal rights, nor should any of the statements be construed to be contractually binding. This handbook is a summary intended to highlight certain benefits and policies. Variations in some policies may occur if necessary to comply with state or local law. Many of the benefits described are provided by independent insurers or other providers. Therefore, RHI often cannot control the terms and conditions of those benefits. Should a question arise about group benefits, the actual contracts and plan provisions will govern. Since a booklet such as this cannot encompass all possible situations, questions regarding policies or procedures, or situations not covered by this handbook, should initially be referred to your supervisor.

**No permanent regular employment or employment for any term is intended or can be implied by any statement in this handbook. This employment at-will policy shall not be modified by any other employment handbook or other company materials or statements of a manager provided to our employees in connection with employment at RHI.**

**RHI reserves the right to change, modify or terminate any benefits or policies at any time, for any reason, without prior notice and without amending this handbook.**

**The policies in this handbook do not apply to temporary consultants, temporary employees, or contract employees employed by any division of RHI, unless otherwise stated. The information in this handbook supersedes all other handbooks, policies and related materials previously distributed.**

To the extent any policies or procedures contained in this handbook are contrary to applicable state or local law or regulation, the state or local law or regulation shall control. Changes to the handbook may be communicated via e-mail and posted on the RHI Intranet, BobNet. It is your responsibility to read and keep abreast of changes posted on BobNet.

All Full-Time Consultants and Salaried Financial Executives need to contact their supervisor for BobNet information (when necessary) as referenced in this handbook.

## COMPANY BACKGROUND

Founded in 1948, Robert Half International Inc. (NYSE symbol: RHI) is the world's leading specialized staffing firm and the first to provide placement services for accounting, finance and information technology professionals.

Robert Half International has several specialized business units, each serving distinct markets: **Accountemps®, Robert Half® Finance & Accounting** and **Robert Half® Management Resources,** for temporary, full-time and project professionals, respectively, in the fields of accounting and finance; **OfficeTeam®,** for highly-skilled temporary administrative support; **Robert Half® Technology ,** for information technology professionals; **Robert Half® Legal,** for temporary, project and full-time staffing of attorneys and specialized support personnel within law firms and corporate legal departments; and **The Creative Group®,** for creative, advertising, marketing and web design professionals on a project basis.

RHI is the industry's leading resource on hiring and employment issues. Firms of all sizes look to us for