UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IAN O'DONNELL AND DAVID JOLICOEUR, on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT HALF INTERNATIONAL INC. AND ROBERT HALF CORPORATION<br><br>Defendants. | CIVIL ACTION NO. 04-CV-12719 NMG |

### DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FOR SANCTIONS

Pursuant to Fed. R. Civ. P. 37(a), Defendants Robert Half International Inc. and Robert Half Corporation (together, "Defendants" or "RHI"), hereby move this Court to compel Plaintiffs Ian O'Donnell and David Jolicouer ("Plaintiffs") to produce documents responsive to RHI's June 2, 2005, discovery requests in this matter; for an Order declaring that Plaintiffs have waived any objections to Defendants' discovery requests by failing timely to assert any such objections; and for sanctions in amount of the fees and costs Defendants have incurred as a result of Plaintiffs' continuing refusal to meet their discovery obligations and comply with the August 19, 2005, Order of this Court.

BO1 15747387.1

The grounds for this motion are more fully set forth in the accompanying Memorandum of Law in Support of Defendants' Motion to Compel Production of Documents and for Sanctions.

Respectfully submitted,

ROBERT HALF INTERNATIONAL INC.
AND ROBERT HALF CORPORATION
By their Attorneys,

/s/ Richard L. Alfred
Richard L. Alfred (BBO # 015000)
Krista G. Pratt (BBO # 644741)
Barry J. Miller (BBO # 661596 )
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800
Telecopier:    (617) 946-4801

DATED: November 30, 2005

---

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 7.1 AND 37.1

Prior to the filing of this motion, counsel for Defendants conferred with counsel for Plaintiffs in an effort to narrow the issues in dispute and in compliance with Local Rules 7.1 and 37.1, but the parties were unable to reach agreement on those issues.

/s/ Krista G. Pratt
Krista Green Pratt

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on Pyle Rome Lichten & Ehrenberg, P.C., 18 Tremont Street, Suite 500, Boston, Massachusetts 02108, by first class mail on November 30, 2005.

/s/ Barry J. Miller
Barry J. Miller

---

BO1 15747387.1