UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IAN O'DONNELL AND DAVID JOLICOEUR, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT HALF INTERNATIONAL, INC., a Delaware corporation; and ROBERT HALF CORPORATION, a Nevada corporation,<br><br>Defendants. | Civil Action No.: 04-12719 NMG |

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Alfred Gordon as counsel for the Plaintiffs in the above-captioned matter. Shannon Liss-Riordan will continue as counsel for the Plaintiffs.

Respectfully submitted,

Ian O'Donnell and David Jolicoeur,
on behalf of themselves and all others
similarly situated,

By their attorneys,

    s/Alfred Gordon
Alfred Gordon, BBO #630456
PYLE, ROME, LICHTEN, EHRENBERG
   & LISS-RIORDAN, P.C.

18 Tremont Street, 5th Floor
Boston, MA 02108
Dated:     December 2, 2005     (617) 367-7200

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 2, 2005, I caused a copy of this document to be served by first class mail on all counsel of record.

                                          s/Alfred Gordon
                                          Alfred Gordon, Esq.