UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IAN O'DONNELL AND DAVID JOLICOEUR, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>                Plaintiffs,<br><br>v.<br><br>ROBERT HALF INTERNATIONAL, INC., a Delaware corporation;  and ROBERT HALF CORPORATION, a Nevada corporation,<br><br>                Defendants. | Civil Action No.: 04-12719 NMG |

## NOTICE OF APPEARANCE

Please enter the appearance of Stephen Young as attorney for the Plaintiffs in the above-captioned matter.

                Respectfully submitted,

                Ian O'Donnell and David Jolicoeur,
                on behalf of themselves and all others similarly situated,

                By their attorneys,

                s/Shannon Liss-Riordan
                Shannon Liss-Riordan, BBO #640716
                Stephen Young, BBO #662914
                PYLE, ROME, LICHTEN, EHRENBERG
                    & LISS-RIORDAN, P.C.

                18 Tremont Street, 5th Floor
                Boston, MA 02108
Dated:      December 2, 2005      (617) 367-7200