UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IAN O'DONNELL AND DAVID JOLICOEUR, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>            Plaintiffs,<br><br>v.<br><br>ROBERT HALF INTERNATIONAL, INC. AND ROBERT HALF CORPORATION,<br><br>            Defendants. | CIVIL ACTION NO. 04-CV-12719 NMG |

**JOINT MOTION FOR EXTENSIONS OF TIME TO OPPOSE MOTIONS**

Plaintiffs Ian O'Donnell and David Jolicoeur (together, "Plaintiffs"), and Defendants Robert Half International, Inc. and Robert Half Corporation (together, "RHI" or "Defendants"), hereby jointly request that the Court extend the deadline to January 9, 2006 for Plaintiffs' response to Defendants' Motion to Compel Discovery and for Sanctions ("Motion to Compel"), Defendants' response to Plaintiffs' Renewed Motion to Facilitate §216(b) Notice ("Renewed Motion to Facilitate"), and Defendants' response to Plaintiffs' Motion to Amend Complaint ("Motion to Amend") (collectively, the "Motions"). As grounds for this motion, the parties state as follows:

1.    On May 11, 2005, Plaintiffs filed a Motion to Facilitate §216(b) Notice, seeking conditional certification of this matter as a collective action pursuant to 29 U.S.C. § 216(b). Defendants filed an Opposition to the Motion to Facilitate on June 24, 2005. At a Scheduling Conference held on August 19, 2005, the Court set a briefing schedule for the Motion to

Facilitate, with Plaintiffs' Reply to Defendants' Opposition due by September 30, 2005, and Defendants' Surreply due October 31, 2005. The Court later granted Plaintiffs' request for an extension to file their Reply, which Plaintiffs filed on October 21, 2005. Pursuant to the revised briefing schedule, Defendants filed their Surreply on December 1, 2005.

2. On November 30, 2005, Plaintiffs filed a Motion to Amend the Complaint, along with a proposed Second Amended Complaint. On the same day, Plaintiffs also filed the Renewed Motion to Facilitate, based in part on the new allegations asserted in the proposed Second Amended Complaint.

3. On November 30, 2005, Defendants filed a Motion to Compel Production of Documents and for Sanctions, seeking Plaintiffs' responses to the written discovery served on June 2, 2005.

4. Currently, the responses to the Motions are due on December 14, 2005.

5. As a result of the complex issues raised in the three Motions, and due to the approaching holiday season, the parties require additional time to oppose, move or otherwise respond to the Motions.

WHEREFORE, the parties jointly request that the Court extend the deadline to January 9, 2006 to oppose, move or otherwise respond to Plaintiffs' Motion to Amend, Plaintiffs' Renewed Motion to Facilitate, and Defendants' Motion to Compel.

Respectfully Submitted,

| Plaintiff | ROBERT HALF INTERNATIONAL, INC. |
|---|---|
| IAN O'DONNELL AND DAVID JOLICOEUR | AND ROBERT HALF CORPORATION |
| By their attorneys: | By their Attorneys, |

/s/ Shannon Liss-Riordan  
Shannon Liss-Riordan (BBO #640716)  
Alfred Gordon (BBO #630456)  
PYLE, ROME, LICHTEN, EHRENBERG  
& LISS-RIORDAN, P.C.  
18 Tremont Street, 5th Floor  
Boston, MA 02108  
(617) 367-7200

/s/ Richard L. Alfred  
Richard L. Alfred (BBO # 015000)  
Krista G. Pratt (BBO # 644741)  
Barry J. Miller (BBO # 661596 )  
SEYFARTH SHAW LLP  
World Trade Center East  
Two Seaport Lane, Suite 300  
Boston, MA 02210-2028  
Telephone:    (617) 946-4800  
Telecopier:    (617) 946-4801

Dated: December 8, 2005

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Krista Green Pratt, Esquire, hereby certify that I conferred with counsel for Plaintiffs, Shannon Liss-Riordan, concerning the issues raised in this motion and that the parties have agreed to file the instant motion jointly.

/s/ Krista Green Pratt  
Krista Green Pratt

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was mailed via first class mail, postage prepaid, to Shannon Liss-Riordan, Esq., an attorney of record for Plaintiffs, on December 8, 2005.

/s/ Krista Green Pratt  
Krista Green Pratt, Esq.

BO1 15751583.1