**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IAN O'DONNELL and DAVID JOLICOEUR, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT HALF INTERNATIONAL INC. and ROBERT HALF CORPORATION <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) `  CIVIL ACTION NO.: 04-12719 NMG |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY BRIEF**

Pursuant to Local Rule 7.1(B)(3), Plaintiffs seek leave to file a reply to

Defendants' Opposition to Plaintiffs' Motion to Amend.  In support of this motion,

Plaintiffs state that Defendants' opposition to the motion to amend mischaracterizes

Plaintiffs' allegations and makes inaccurate accusations against the Plaintiffs, and

Plaintiffs seek an opportunity to respond briefly to these arguments.

Given the liberal pleading standard set forth in Federal Rule of Civil Procedure

15(a), Plaintiffs filed a very brief motion to amend in November 2005, stating how and

why they wished to amend their complaint, without extensive legal argument.

Defendants responded with a 15-page opposition that included an argument that the

Plaintiffs' additional theory of liability under the FLSA would be futile.  Plaintiffs request

leave to file the accompanying reply brief which explains the mistakes in Defendants'

arguments.

WHEREFORE, Plaintiffs respectfully request leave to file the accompanying

Reply to Defendants' Opposition to Plaintiffs' Motion to Amend Complaint.

Respectfully submitted,

IAN O'DONNELL and DAVID JOLICOEUR, on behalf
of themselves and all others similarly situated,

By their attorneys,


_s/Shannon Liss-Riordan_____
Shannon Liss-Riordan, BBO #640716
Stephen Young, BBO #662914
PYLE, ROME, LICHTEN, EHRENBERG,
& LISS-RIORDAN, P.C.
18 Tremont Street, 5th Floor
Boston, MA 02108
Dated:  January 24, 2006         (617) 367-7200

2