UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IAN O'DONNELL AND DAVID JOLICOEUR, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBERT HALF INTERNATIONAL, INC., a Delaware corporation;  and ROBERT HALF CORPORATION, a Nevada corporation,<br><br>    Defendants. | Civil Action No.: 04-12719 NMG |

## NOTICE OF APPEARANCE

Please enter the appearance of Stephen Young as attorney for the Plaintiffs in the above-captioned matter.

        Respectfully submitted,

        Ian O'Donnell and David Jolicoeur,
        on behalf of themselves and all others
        similarly situated,

        By their attorneys,

         s/Shannon Liss-Riordan
        Shannon Liss-Riordan, BBO #640716
        Stephen Young, BBO #662914
        PYLE, ROME, LICHTEN, EHRENBERG
         & LISS-RIORDAN, P.C.

        18 Tremont Street, 5th Floor
        Boston, MA 02108
Dated:  January 24, 2006   (617) 367-7200