## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSEPH SKIRCHAK and BARRY L. ALDRICH, on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>) Civil Action No.: 05 11362 MEL |
| Plaintiffs, | ) |
| v. | ) |
| DYNAMICS RESEARCH CORPORATION, | ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL

Please take notice that Stephen Young of Pyle, Rome, Lichten & Ehrenberg, P.C. is withdrawing as attorney for the plaintiffs in the above-captioned matter. Shannon Liss-Riordan, also of Pyle, Rome, Lichten & Ehrenberg, P.C., and Elayne N. Alanis shall remain attorneys for the plaintiffs.

Respectfully submitted,
JOSEPH SKIRCHAK and BARRY L. ALDRICH,
on behalf of themselves and all others similarly situated,
By their attorneys,

\_\_s/Stephen Young_____
Elayne N. Alanis, BBO#660365
Law Firm of Elayne N. Alanis
10 Tremont Street, Third Floor
Boston, MA 02108
(617) 263-1203

Shannon Liss-Riordan, BBO#640716
Stephen Young, BBO#662914
*Pyle, Rome, Lichten, Ehrenberg &*
    *Liss-Riordan, P.C.*
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 3, 2006, I caused a copy of this document to be served by electronically filing on David S. Rosenthal, Carrie J. Campion, and Jeffrey B. Gilbreth, Nixon Peabody LLP, 100 Summer Street, Boston, MA 02110.


    \_\_s/Stephen Young_____
    Stephen Young, Esq.