UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IAN O'DONNELL AND DAVID JOLICOEUR, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT HALF INTERNATIONAL INC. AND ROBERT HALF CORPORATION, <br><br> Defendants. | CIVIL ACTION NO. 04-CV-12719 NMG |

### DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO FILE A MEMORANDUM OF LAW IN EXCESS OF TWENTY PAGES

Pursuant to Local Rule 7.1(B)(4), Defendants Robert Half International Inc. and Robert Half Corporation ("RHI" or the "Company") hereby move for leave to file a Memorandum of Law in Opposition to Plaintiffs' Renewed Motion to Facilitate § 216(b) Notice ("Defendants' Memorandum") in excess of twenty pages. Defendants' Memorandum is twenty-five (25) pages in length. As grounds for this Motion, the Company states:

1.  In their Second Amended Complaint, Plaintiffs assert claims for alleged violations of the Massachusetts Wage Act and the federal Fair Labor Standards Act ("FLSA").

2.  Plaintiffs seek to assert their Massachusetts law claims on a class action basis and their FLSA claims on a collective action basis, pursuant to 29 U.S.C. § 216(b).

3.  In their renewed motion to Facilitate § 216(b) Notice ("Plaintiffs' Renewed Motion"), Plaintiffs move this Court to conditionally certify this case as a collective action, and

move for leave to provide notice of the pendency of this case to the of members of the putative FLSA class described in their Second Amended Complaint.

4. As more fully explained in Defendants' Memorandum, the putative FLSA class Plaintiffs seek to represent includes potentially several thousand employees comprised of RHI's entire salaried exempt workforce. Plaintiffs' Renewed Motion presents a multitude of complex background, legal and factual issues, and requires a detailed discussion of a number of subjects.

5. Plaintiffs' counsel assents to this Motion.

WHEREFORE, Robert Half International Inc. and Robert Half Corporation respectfully request that the Court allow this motion for leave to file a Memorandum of Law in Opposition to Plaintiffs' Renewed Motion to Facilitate § 216(b) Notice in excess of twenty pages.

Respectfully submitted,

ROBERT HALF INTERNATIONAL INC.
AND ROBERT HALF CORPORATION
By their Attorneys,

_/s/ Richard L. Alfred
Richard L. Alfred (BBO # 015000)
Krista G. Pratt (BBO # 644741)
Barry J. Miller (BBO # 661596)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800

DATED: May 1, 2006                  Telecopier:    (617) 946-4801

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

I hereby certify that I conferred with Plaintiffs' counsel, Shannon Liss-Riordan, regarding the foregoing motion. Ms. Liss-Riordan assented to this motion via e-mail on April 27, 2006.

                                                /s/ Krista G. Pratt
                                                Krista G. Pratt, Esq.

---

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 1, 2006.

A true courtesy copy of the above document was served on Shannon Liss-Riordan, an attorney for Plaintiffs, Pyle, Rome, Lichten, Ehrenberg, & Liss-Riordan, 18 Tremont Street, Suite 500, Boston, MA 02109, by first class mail on May 1, 2006.

                /s/ Krista Green Pratt
                Krista Green Pratt