**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IAN O'DONNELL, DAVID JOLICOEUR, AND STACEY MOORE, on behalf of themselves and others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT HALF INTERNATIONAL INC. AND ROBERT HALF CORPORATION<br><br>Defendants. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO.  04-CV-12719 NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF KRISTA GREEN PRATT, ESQ.**

I, Krista Green Pratt, being duly sworn, hereby depose and state as follows:

1. I am an attorney admitted to practice law in the Commonwealth of Massachusetts and before this Court. I am an associate in the Boston office of the law firm Seyfarth Shaw LLP, and represent the Defendants, Robert Half International Inc. and Robert Half Corporation ("RHI" or "Defendants"), in the above-captioned matter. I submit this affidavit in support of Defendants' Opposition to Plaintiffs' Renewed Motion to Facilitate § 216(b) Notice ("Defendants' Opposition").

2. True and accurate copies of Plaintiff Stacey Moore's ("Moore") paystubs, representing salary paid to her during her employment with RHI and dated June 13, 2003, June 30, 2003, July 15, 2003, July 31, 2003, August 15, 2003, and August 29, 2003, are attached hereto as Exhibit A.

3. A true and accurate copy of Moore's paystub dated February 3, 2004, is attached hereto as Exhibit B.

1

Signed under the pains and penalties of perjury this 1st day of May 2006.

_____
Krista Green Pratt

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 1, 2006.
A true courtesy copy of the above document was served on Shannon Liss-Riordan, an attorney for Plaintiffs, Pyle, Rome, Lichten, Ehrenberg, & Liss-Riordan, 18 Tremont Street, Suite 500, Boston, MA 02109, by first class mail on May 1, 2006.

/s/ Krista Green Pratt
Krista Green Pratt

| Robert Half International, Inc. | Pay Group: | SAL-Salaried Employees | Advice #: | 1175974 |
|---|---|---|---|---|
| 5720 Stoneridge Drive, Suite 3 | Pay Begin Date: | 06/01/2003 | Advice Date: | 06/13/2003 |
| Pleasanton, CA 94588 | Pay End Date: | 06/15/2003 | | |

| Stacey A Moore | Employee ID: | 104043 | TAX DATA: | Federal | State |
|---|---|---|---|---|---|
| 69 81 108th Street 2H | Department: | 02100-Boston, MA | Marital Status: | Single | |
| Forest Hills, NY 11375 | Location: | MA BOSTON | Allowances: | 1 | 1 |
| | Pay Rate: | $47,000.00 Annual | Addl. Pct.: | | |
| | | | Addl. Amt.: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Salary | | | 1,958.33 | 248.00 | 3,766.02 |
| Total: | | | 1,958.33 | 248.00 | 3,766.02 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 315.08 | 589.49 |
| Fed MED/EE | 28.40 | 54.61 |
| Fed OASDI/EE | 121.41 | 233.49 |
| MA Withholdng | 92.09 | 176.19 |
| Total: | 556.98 | 1,053.78 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

### TAXABLE BENEFITS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,958.33 | 1,958.33 | 556.98 | 0.00 | 1,401.35 |
| YTD: | 3,766.02 | 3,766.02 | 1,053.78 | 0.00 | 2,712.24 |

### CTO (US) HOURS  YTD

| | |
|---|---|
| Start Balance: | 0.00 |
| + Earned: | 13.33 |
| - Taken: | |
| Adjustments: | |
| End Balance: | 13.33 |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #1175974 | 1,401.35 |
| Total: | 1,401.35 |

---

| Robert Half International, Inc. | Date | Advice No. |
|---|---|---|
| 5720 Stoneridge Drive | 06/13/2003 | 1175974 |
| Suite 3 | | |
| Pleasanton, CA 94588 | | |

**Deposit Amount:** $1,401.35

**To The Account(s) Of**

Stacey Ann Moore
36 Washington St., 1A
Charlestown, MA 02129

Department ID: 02100 Boston, MA

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | 9462386818 | $1,401.35 |
| Total: | | $1,401.35 |

# NON-NEGOTIABLE

| Robert Half International, Inc. | Pay Group: | SAL-Salaried Employees | Advice #: | 1179892 |
|---|---|---|---|---|
| 5720 Stoneridge Drive, Suite 3 | Pay Begin Date: | 06/16/2003 | Advice Date: | 06/30/2003 |
| Pleasanton, CA 94588 | Pay End Date: | 06/30/2003 | | |

| Stacey A Moore | Employee ID: | 104043 | TAX DATA: | Federal | State |
|---|---|---|---|---|---|
| 69 81 108th Street 2H | Department: | 02100-Boston, MA | Marital Status: | Single | |
| Forest Hills, NY 11375 | Location: | MA BOSTON | Allowances: | 1 | 1 |
| | Pay Rate: | $47,000.00 Annual | Addl. Pct.: | | |
| | | | Addl. Amt.: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Salary | | | 1,958.33 | 248.00 | 5,724.35 | Fed Withholdng | 315.08 | 904.57 |
| | | | | | | Fed MED/EE | 28.39 | 83.00 |
| | | | | | | Fed OASDI/EE | 121.42 | 354.91 |
| | | | | | | MA Withholdng | 92.09 | 268.28 |
| Total: | | | 1,958.33 | 248.00 | 5,724.35 | Total: | 556.98 | 1,610.76 |

### BEFORE-TAX DEDUCTIONS | AFTER-TAX DEDUCTIONS | TAXABLE BENEFITS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Total: | 0.00 | 0.00 | Total: | 0.00 | 0.00 | Total: | 0.00 | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,958.33 | 1,958.33 | 556.98 | 0.00 | 1,401.35 |
| YTD: | 5,724.35 | 5,724.35 | 1,610.76 | 0.00 | 4,113.59 |

| CTO (US) HOURS | YTD | | NET PAY DISTRIBUTION | |
|---|---|---|---|---|
| Start Balance: | 0.00 | | Advice #1179892 | 1,401.35 |
| + Earned: | 20.00 | | | |
| - Taken: | | | Total: | 1,401.35 |
| Adjustments: | | | | |
| End Balance: | 20.00 | | | |

---

Robert Half International, Inc.  
5720 Stoneridge Drive  
Suite 3  
Pleasanton, CA 94588

Date  
06/30/2003

Advice No.  
1179892

**Deposit Amount:** $1,401.35

**To The Account(s) Of**

Stacey Ann Moore  
36 Washington St., 1A  
Charlestown, MA 02129

Department ID: 02100 Boston, MA

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | 9462386818 | $1,401.35 |
| Total: | | $1,401.35 |

# NON-NEGOTIABLE

| Robert Half International, Inc. | | Pay Group: | SAL-Salaried Employees | Advice #: | 1183801 |
|---|---|---|---|---|---|
| 5720 Stoneridge Drive, Suite 3 | | Pay Begin Date: | 07/01/2003 | Advice Date: | 07/15/2003 |
| Pleasanton, CA 94588 | | Pay End Date: | 07/15/2003 | | |

| Stacey A Moore | Employee ID: 104043 | TAX DATA: | Federal | State |
|---|---|---|---|---|
| 69 81 108th Street 2H | Department: 02100-Boston, MA | Marital Status: | Single | |
| Forest Hills, NY 11375 | Location: MA BOSTON | Allowances: | 1 | 1 |
| | Pay Rate: $47,000.00 Annual | Addl. Pct.: | | |
| | | Addl. Amt.: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Salary | | | 1,958.33 | 432.00 | 7,682.68 |
| Total: | | | 1,958.33 | 432.00 | 7,682.68 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 248.75 | 1,153.32 |
| Fed MED/EE | 28.40 | 111.40 |
| Fed OASDI/EE | 121.42 | 476.33 |
| MA Withholdng | 81.71 | 349.99 |
| Total: | 480.28 | 2,091.04 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401K Deduction | 195.83 | 195.83 |
| Total: | 195.83 | 195.83 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

### TAXABLE BENEFITS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,958.33 | 1,762.50 | 480.28 | 195.83 | 1,282.22 |
| YTD: | 7,682.68 | 7,486.85 | 2,091.04 | 195.83 | 5,395.81 |

### CTO (US) HOURS    YTD

| Start Balance: | 0.00 |
|---|---|
| + Earned: | 26.67 |
| - Taken: | |
| Adjustments: | |
| End Balance: | 26.67 |

### NET PAY DISTRIBUTION

| Advice #1183801 | 1,282.22 |
|---|---|
| Total: | 1,282.22 |

---

Robert Half International, Inc.
5720 Stoneridge Drive
Suite 3
Pleasanton, CA 94588

Date
07/15/2003

Advice No.
1183801

**Deposit Amount:** $1,282.22

**To The Account(s) Of**

Stacey A Moore
48 Green St. Unit 2
Charlestown, MA 02129

Department ID: 02100 Boston, MA

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | 9462386818 | $1,282.22 |
| Total: | | $1,282.22 |

# NON-NEGOTIABLE

| Robert Half International, Inc. | | Pay Group: | SAL-Salaried Employees | Advice #: | 1187749 |
|---|---|---|---|---|---|
| 5720 Stoneridge Drive, Suite 3 | | Pay Begin Date: | 07/16/2003 | Advice Date: | 07/31/2003 |
| Pleasanton, CA 94588 | | Pay End Date: | 07/31/2003 | | |

| Stacey A Moore | Employee ID: 104043 | TAX DATA: | Federal | State |
|---|---|---|---|---|
| 69 81 108th Street 2H | Department: 02100-Boston, MA | Marital Status: | Single | |
| Forest Hills, NY 11375 | Location: MA BOSTON | Allowances: | 1 | 1 |
| | Pay Rate: $47,000.00 Annual | Addl. Pct.: | | |
| | | Addl. Amt.: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Salary | | | 1,958.33 | 432.00 | 9,641.01 | Fed Withholdng | 248.75 | 1,402.07 |
| | | | | | | Fed MED/EE | 28.39 | 139.79 |
| | | | | | | Fed OASDI/EE | 121.41 | 597.74 |
| | | | | | | MA Withholdng | 81.71 | 431.70 |
| Total: | | | 1,958.33 | 432.00 | 9,641.01 | Total: | 480.26 | 2,571.30 |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / TAXABLE BENEFITS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| 401K Deduction | 195.83 | 391.66 | | | | | | |
| Total: | 195.83 | 391.66 | Total: | 0.00 | 0.00 | Total: | 0.00 | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,958.33 | 1,762.50 | 480.26 | 195.83 | 1,282.24 |
| YTD: | 9,641.01 | 9,249.35 | 2,571.30 | 391.66 | 6,678.05 |

| CTO (US) HOURS | YTD | | NET PAY DISTRIBUTION | |
|---|---|---|---|---|
| Start Balance: | 0.00 | | Advice #1187749 | 1,282.24 |
| + Earned: | 33.33 | | | |
| - Taken: | | | Total: | 1,282.24 |
| Adjustments: | | | | |
| End Balance: | 33.33 | | | |

---

Robert Half International, Inc.  
5720 Stoneridge Drive  
Suite 3  
Pleasanton, CA 94588

Date  
07/31/2003

Advice No.  
1187749

**Deposit Amount:** $1,282.24

**To The Account(s) Of**

Stacey A Moore  
48 Green St. Unit 2  
Charlestown, MA 02129

Department ID: 02100 Boston, MA

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | 9475671263 | $1,282.24 |
| Total: | | $1,282.24 |

# NON-NEGOTIABLE

| Robert Half International, Inc. | | Pay Group: | SAL-Salaried Employees | Advice #: | 1191667 |
|---|---|---|---|---|---|
| 5720 Stoneridge Drive, Suite 3 | | Pay Begin Date: | 08/01/2003 | Advice Date: | 08/15/2003 |
| Pleasanton, CA 94588 | | Pay End Date: | 08/15/2003 | | |

| Stacey A Moore | Employee ID: 104043 | TAX DATA: | Federal | State |
|---|---|---|---|---|
| 69 81 108th Street 2H | Department: 02100-Boston, MA | Marital Status: | Single | |
| Forest Hills, NY 11375 | Location: MA BOSTON | Allowances: | 1 | 1 |
| | Pay Rate: $47,000.00 Annual | Addl. Pct.: | | |
| | | Addl. Amt.: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Salary | | | 1,958.33 | 600.00 | 11,599.34 |
| Total: | | | 1,958.33 | 600.00 | 11,599.34 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 248.75 | 1,650.82 |
| Fed MED/EE | 28.40 | 168.19 |
| Fed OASDI/EE | 121.42 | 719.16 |
| MA Withholdng | 81.71 | 513.41 |
| Total: | 480.28 | 3,051.58 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401K Deduction | 195.83 | 587.49 |
| Total: | 195.83 | 587.49 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

### TAXABLE BENEFITS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,958.33 | 1,762.50 | 480.28 | 195.83 | 1,282.22 |
| YTD: | 11,599.34 | 11,011.85 | 3,051.58 | 587.49 | 7,960.27 |

### CTO (US) HOURS — YTD

| | |
|---|---|
| Start Balance: | 0.00 |
| + Earned: | 40.00 |
| - Taken: | |
| Adjustments: | |
| End Balance: | 40.00 |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #1191667 | 1,282.22 |
| Total: | 1,282.22 |

---

Robert Half International, Inc.
5720 Stoneridge Drive
Suite 3
Pleasanton, CA 94588

Date
08/15/2003

Advice No.
1191667

Deposit Amount:  $1,282.22

To The
Account(s) Of

Stacey A Moore
48 Green St. Unit 2
Charlestown, MA 02129

Department ID: 02100 Boston, MA

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | 9475671263 | $1,282.22 |
| Total: | | $1,282.22 |

# NON-NEGOTIABLE

| Robert Half International, Inc.<br>5720 Stoneridge Drive, Suite 3<br>Pleasanton, CA  94588 | Pay Group: SAL-Salaried Employees<br>Pay Begin Date: 08/16/2003<br>Pay End Date: 08/31/2003 | Advice #: 1195602<br>Advice Date: 08/29/2003 |
|---|---|---|

| Stacey A Moore<br>69 81 108th Street 2H<br>Forest Hills, NY  11375 | Employee ID: 104043<br>Department: 02100-Boston, MA<br>Location: MA BOSTON<br>Pay Rate: $47,000.00 Annual | TAX DATA:    Federal    State<br>Marital Status: Single<br>Allowances:    1    1<br>Addl. Pct.:<br>Addl. Amt.: |
|---|---|---|

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Salary | | | 1,958.33 | 600.00 | 13,557.67 |
| Total: | | | 1,958.33 | 600.00 | 13,557.67 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 248.75 | 1,899.57 |
| Fed MED/EE | 28.40 | 196.59 |
| Fed OASDI/EE | 121.42 | 840.58 |
| MA Withholdng | 81.71 | 595.12 |
| Total: | 480.28 | 3,531.86 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401K Deduction | 195.83 | 783.32 |
| Total: | 195.83 | 783.32 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

### TAXABLE BENEFITS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,958.33 | 1,762.50 | 480.28 | 195.83 | 1,282.22 |
| YTD: | 13,557.67 | 12,774.35 | 3,531.86 | 783.32 | 9,242.49 |

| CTO (US) HOURS | YTD |
|---|---|
| Start Balance: | 0.00 |
| + Earned: | 46.67 |
| - Taken: | |
| Adjustments: | |
| End Balance: | 46.67 |

| NET PAY DISTRIBUTION | |
|---|---|
| Advice #1195602 | 1,282.22 |
| Total: | 1,282.22 |

---

Robert Half International, Inc.
5720 Stoneridge Drive
Suite 3
Pleasanton, CA  94588

Date
08/29/2003

Advice No.
1195602

Deposit Amount:    $1,282.22

To The
Account(s) Of

Stacey A Moore
48 Green St. Unit 2
Charlestown, MA  02129

Department ID: 02100 Boston, MA

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | 9475671263 | $1,282.22 |
| Total: | | $1,282.22 |

# NON-NEGOTIABLE

**Robert Half International, Inc.**
5720 Stoneridge Drive, Suite 3
Pleasanton, CA 94588

| | |
|---|---|
| Pay Group: | SAL-Salaried Employees |
| Pay Begin Date: | 02/01/2004 |
| Pay End Date: | 02/15/2004   - On-line Advice - |
| Check #: | 0066836 |
| Check Date: | 02/03/2004 |

**Stacey A Moore**
69 81 108th Street 2H
Forest Hills, NY 11375

| | |
|---|---|
| Employee ID: | 104043 |
| Department: | 02100-Boston, MA |
| Location: | MA BOSTON |
| Pay Rate: | $47,000.00 Annual |

| TAX DATA: | Federal | State |
|---|---|---|
| Marital Status: | Single | |
| Allowances: | 1 | 1 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Salary | | | 180.77 | 168.00 | 3,916.66 |
| Choice Time Off Payout | 22.596154 | 12.00 | 271.15 | 12.00 | 271.15 |
| Choice Time Off | | | 0.00 | 8.00 | 180.77 |
| Bonus-US Monthly Field | | | 0.00 | | 165.74 |
| Expense | | | 0.00 | | 102.70 |
| Total: | | 12.00 | 451.92 | 188.00 | 4,637.02 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 10.41 | 534.07 |
| Fed MED/EE | 5.64 | 63.95 |
| Fed OASDI/EE | 24.11 | 273.43 |
| MA Withholdng | 9.54 | 178.50 |
| Total: | 49.70 | 1,049.95 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Pre-Tax Med-HMO | 46.00 | 92.00 |
| Pre-Tax Dental | 15.00 | 30.00 |
| Pre-Tax Vision | 2.00 | 4.00 |
| 401K Deduction | 45.19 | 436.85 |
| Total: | 108.19 | 562.85 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

### TAXABLE BENEFITS

| Description | Current | YTD |
|---|---|---|
| GTL Basic Life | 0.00 | 1.90 |
| Total: | 0.00 | 1.90 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 451.92 | 343.73 | 49.70 | 108.19 | 294.03 |
| YTD: | 4,637.02 | 3,973.37 | 1,049.95 | 562.85 | 3,024.22 |

### CTO (US) HOURS YTD

| | |
|---|---|
| Start Balance: | 0.00 |
| + Earned: | 20.00 |
| - Taken: | 20.00 |
| Adjustments: | |
| End Balance: | 0.00 |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Check #0066836 | 294.03 |
| Total: | 294.03 |

---

**Robert Half International, Inc.**
5720 Stoneridge Drive
Suite 3
Pleasanton, CA 94588

90-1278/0611

**BANK OF AMERICA**
Bank of America Customer Connection
Bank of America, N.A.
Atlanta, Dekalb Co, GA

**Check No.**
**66836**

Date: 02/03/2004      Pay Amount: $294.03 *******

Pay   ****TWO HUNDRED NINETY-FOUR AND 03/100 DOLLARS****

To The
Order Of

Stacey A Moore
48 Green St. Unit 2
Charlestown, MA 02129

Department ID: 02100 Boston, MA

# NON-NEGOTIABLE