UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IAN O'DONNELL, DAVID JOLICOEUR, and STACEY MOORE on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT HALF INTERNATIONAL INC. and ROBERT HALF CORPORATION <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

CIVIL ACTION NO.: 04-12719 NMG

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY BRIEF**

Pursuant to Local Rule 7.1(B)(3), Plaintiffs seek leave to file a reply to Defendants' Opposition to Plaintiffs' Renewed Motion to Facilitate § 216(b) Notice. In support of this motion, Plaintiffs state that Defendants' opposition to the motion contains numerous misstatements of the law and of Plaintiffs' allegations, to which Plaintiffs would like to respond prior to the Court's ruling on the motion.

Defendants have assented to the plaintiffs' filing a reply, so long as the plaintiffs assent to their filing a surreply brief if they deem one necessary. Subject to the Court's approval, the parties therefore propose that the plaintiffs have until May 25, 2006, to submit their reply, and the defendants have until June 9, 2006, to submit a surreply if necessary.

Respectfully submitted,

IAN O'DONNELL, DAVID JOLICOEUR, and STACEY MOORE, on behalf of themselves and all others similarly situated,

By their attorneys,

 s/Shannon Liss-Riordan
Shannon Liss-Riordan, BBO #640716
Hillary Schwab, BBO (pending)
PYLE, ROME, LICHTEN, EHRENBERG,
& LISS-RIORDAN, P.C.
18 Tremont Street, 5th Floor
Boston, MA 02108
(617) 367-7200

Dated: May 16, 2006