## PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.
Attorneys at Law
18 Tremont Street, Suite 500
Boston, MA 02108

Telephone (617) 367-7200
Fax (617) 367-4820

Warren H. Pyle
David B. Rome
Harold L. Lichten*
Betsy Ehrenberg
Shannon Liss-Riordan**
Terence E. Coles
Katherine D. Shea
Alfred Gordon

Nicole Horberg Decter**
Rebecca G. Pontikes
Leah M. Barrault
Hillary Schwab**
Maydad D. Cohen

*Also admitted in Maine
**Also admitted in New York

Tod A. Cochran
Of COUNSEL

August 18, 2006

**BY ELECTRONIC FILING**
The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

RE: O'Donnell et. al v. Robert Half International
Civil Action No. 04-12719 NMG

Dear Judge Gorton:

The plaintiffs in this case filed a Renewed Motion to Facilitate § 216(b) Notice on November 30, 2005, and the briefing for this motion was completed on June 9, 2006. I am writing to request that, should the motion be allowed, the statute of limitations be tolled for plaintiffs who choose to opt in to the case, since the preliminary issues in this case have, for a variety of reasons, taken longer than is typical for an FLSA case.

I also wanted to make sure the Court was aware that a related case is pending in the Northern District of California, Case No. 05-03248, Greene et al. v. Robert Half International. That case, which was filed in August 2005, has a status conference scheduled for September 12, 2006.

Thank you very much for your attention to this matter.

Sincerely,

Shannon Liss-Riordan

cc: Richard Alfred, Esq.