# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IAN O'DONNELL, DAVID JOLICOEUR, AND STACEY MOORE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT HALF INTERNATIONAL INC. AND ROBERT HALF CORPORATION,<br><br>Defendants. | CIVIL ACTION NO. 04-CV-12719 NMG |

## DEFENDANTS' MOTION FOR PARTIAL
## SUMMARY JUDGMENT AND REQUEST FOR HEARING

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants Robert Half International Inc. and Robert Half Corporation (collectively "RHI" or the "Company") hereby respectfully move for partial summary judgment and ask that the Court dismiss all claims in Plaintiffs' Second Amended Complaint based on the so-called "salary basis test" because the undisputed facts demonstrate that each of the named Plaintiffs received his or her full salary for each week in which he or she worked, and no impermissible deductions were made from any of their salaries.

The grounds for this Motion are more fully set forth in Defendants' Memorandum of Law in Support of their Motion for Partial Summary Judgment, filed contemporaneously herewith.

Respectfully submitted,

ROBERT HALF INTERNATIONAL INC.
AND ROBERT HALF CORPORATION
By their Attorneys,

/s/ C.J. Eaton
Richard L. Alfred (BBO # 015000)
Krista G. Pratt (BBO # 644741)
Barry J. Miller (BBO # 661596 )
C.J. Eaton (BBO # 660726)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800
Telecopier:   (617) 946-4801

DATED:  May 21, 2007

---

### CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the Court's ECF system and that a true copy of the above document was served on Shannon Liss-Riordan, an attorney for Plaintiffs, Pyle, Rome, Lichten, Ehrenberg, & Liss-Riordan, 18 Tremont Street, Suite 500, Boston, MA 02109, by first class mail on May 21, 2007.

/s/ C.J. Eaton
C.J. Eaton

---

2