# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IAN O'DONNELL, DAVID JOLICOEUR, AND STACEY MOORE, on behalf of themselves and all others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>ROBERT HALF INTERNATIONAL INC. AND ROBERT HALF CORPORATION, )<br><br>Defendants. ) | CIVIL ACTION NO.  04-CV-12719 NMG |

## DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Local Rule 56.1, Defendants Robert Half International Inc. and Robert Half Corporation (collectively "RHI" or the "Company") hereby submit the following statement of material facts as to which there is no genuine issue to be tried.

## I.    RHI'S CHOICE TIME OFF BENEFIT

1.    RHI is a specialized staffing company, providing services on a temporary, project, and full-time basis to its clients through several divisions.

2.    RHI's "CHOICE Time Off" ("CTO") benefit includes what employers commonly refer to as vacation days, sick days, and other personal days off.  Affidavit of Linda Blandford-Beringsmith ("Blandford-Beringsmith Aff."), ¶ 2 (attached as Exhibit A).  The Company maintains CTO "banks" for employees that track accrued days off.  *Id.*  RHI employees accrue CTO leave on an incremental basis throughout the year according to a schedule. *Id.*

3.    Each employee's manager makes an individualized decision as to how the time off is recorded and whether any CTO is deducted from a particular employee's bank. Blandford-

Beringsmith Aff., ¶ 3. Each manager has the discretion to determine how to apply the CTO policy in individual circumstances. *Id.* For example, a manager may allow an employee to take time off for personal reasons without any deduction from his or her CTO bank. *Id.*

4.      Partial-day deductions from CTO are not permitted under the policy. *Id.* Generally, an exempt employee who leaves work because of illness after working a substantial part of the day is not required to use any CTO for that time. *Id.*

5.      If approved by the employee's individual supervisor, an exempt employee may borrow up to five days of CTO, which are advanced only in full-day increments, before the time is actually earned. Blandford-Beringsmith Aff., ¶ 4.

6.      If the Company allows an employee to borrow CTO time and his or her employment is terminated before he or she has earned the borrowed CTO, the Company may deduct the amount owed from the employee's final paycheck, subject to the employee's manager's discretion and consistent with requisite state law. *Id.*

## II.      SALARY CONTINUATION PAYMENTS

7.      "Salary continuation" is a payment that RHI typically pays to an employee when he or she provides advance notice of resignation and the Company chooses not to require or allow the employee to work through his or her notice period.  Affidavit of Judi Graves ("Graves Aff."), ¶ 3 (attached as Exhibit B).  Generally, RHI pays the employee through the notice period but asks him or her to leave the same day the resignation is tendered.  *Id.*

## III.      PLAINTIFFS' FINAL PAYCHECKS

8.      RHI hired Plaintiff David Jolicoeur ("Jolicoeur") on July 22, 2002.  First Affidavit of William T. Hayes ("First Hayes Aff."), ¶ 3 (attached as Exhibit C).  He voluntarily resigned his employment with RHI on September 17, 2003.  *Id.*

9.      Jolicoeur's last paycheck is dated September 30, 2003. *See* Jolicoeur's Final Paystub, attached as Exhibit 1 to Graves Aff. Jolicoeur received his full salary for his final period of employment, in addition to a salary continuation payment equal to two days' pay, and no deductions were taken from his final paycheck. Graves Aff., ¶ 4. In fact, in his final paycheck, Jolicoeur received payment for thirty-two hours of accrued CTO time in addition to his regular salary and an expense reimbursement. *Id.*

10.     RHI hired Plaintiff Stacey Moore ("Moore") on May 19, 2003. Third Affidavit of William T. Hayes ("Third Hayes Aff."), ¶ 2 (attached as Exhibit D). She voluntarily resigned her employment on February 2, 2004. *Id.*

11.     Moore's final paycheck is dated February 3, 2004. *See* Moore's Final Paystub, attached as Exhibit 2 to Graves Aff. Moore received her full salary for her final pay period of employment, and no deductions were taken from Moore's final paycheck. Graves Aff., ¶ 5. In her final paycheck, Moore also received payment for twelve hours of accrued CTO time. *Id.*

12.     RHI hired Plaintiff Ian O'Donnell ("O'Donnell") in January 2002. Plaintiffs' Second Amended Complaint ("Complaint"), ¶ 11; First Hayes Aff., ¶ 2. O'Donnell voluntarily resigned from RHI in August 2003. First Hayes Aff., ¶ 2. His last day at work was August 6, 2003. Graves Aff., ¶ 7. RHI paid his regular salary through August 15, 2003, including seven days of pay at his regular salary for days he did not work. *Id.*

13.     O'Donnell's last paycheck is dated August 20, 2003, and shows that twenty-eight hours of overdrawn CTO time were deducted. O'Donnell's Final Paystub, attached as Exhibit 4 to Graves Aff. However, in addition to his salary, O'Donnell received a gratuitous salary continuation in the amount of $946.15. Graves Aff., ¶ 8.

14.     O'Donnell's weekly salary was not decreased by the deduction of CTO time from the check.  Graves Aff. ¶ 8.  There is no week in which O'Donnell worked for RHI that he did not receive his full salary for that week.  *Id*.

## IV.    PLAINTIFFS' "FORCED ABSENCES"

15.     RHI's records reflect that no time was deducted from Moore's CTO bank in June, July, or August 2003.  *See* Moore's paystubs from June through August 2003 (attached as Exhibit 3 to Graves Aff.).

16.     If Moore took off the two half-days as she claims in her affidavit dated November 15, 2005 (attached to Plaintiffs' Second Amended Complaint), she received them for free, without any reduction in her salary or her available paid leave. Graves Aff., ¶ 6.

Respectfully submitted,

ROBERT HALF INTERNATIONAL INC.
AND ROBERT HALF CORPORATION
By their Attorneys,

_/s/ C.J. Eaton_____
Richard L. Alfred (BBO # 015000)
Krista G. Pratt (BBO # 644741)
Barry J. Miller (BBO # 661596 )
C.J. Eaton (BBO # 660726)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
DATED:  May 21, 2007            Telephone:     (617) 946-4800
Telecopier:    (617) 946-4801

CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the Court's ECF system and that a true copy of the above document was served on Shannon Liss-Riordan, an attorney for Plaintiffs, Pyle, Rome, Lichten, Ehrenberg, & Liss-Riordan, 18 Tremont Street, Suite 500, Boston, MA 02109, by first class mail on May 21, 2007.

/s/ C.J. Eaton
C.J. Eaton

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IAN O'DONNELL, DAVID JOLICOEUR, AND STACEY MOORE, on behalf of themselves and others similarly situated | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| ROBERT HALF INTERNATIONAL INC. AND ROBERT HALF CORPORATION | ) ) ) |
| Defendants. | ) ) ) |

CIVIL ACTION NO. 04-CV-12719 NMG

## AFFIDAVIT OF LINDA BLANDFORD-BERINGSMITH

I, Linda Blandford-Beringsmith, being duly sworn, hereby depose and state as follows:

1.    I submit this Affidavit in support of Defendants' Opposition to Plaintiffs' Renewed Motion to Facilitate §216(b) Notice.

2.    In my capacity as Director, Human Resources for Robert Half International Inc. ("RHI" or the "Company"), I am familiar with RHI's CHOICE Time Off ("CTO") policy.  The CTO benefit includes vacation days, sick days, and other personal days off.  The Company maintains CTO "banks" that track accrued days off for employees.  RHI employees accrue CTO leave on an incremental basis throughout the year according to a schedule.

3.    Each employee's manager makes an individualized decision as to how the time off is recorded and whether any CTO is deducted from a particular employee's bank.  In this way, each manager exercises his or her discretion in determining how to

1

apply the CTO policy in individual circumstances. For example, a manager may allow an employee to take time off for personal reasons without any deduction from his or her CTO bank. Partial-day deductions from CTO are not permitted under the policy. Generally, an exempt employee who leaves work because of illness after working a substantial part of the day is not required to use CTO for that time.

4.    If approved by the employee's individual supervisor, an exempt employee may borrow up to five days of CTO, which are only advanced in full-day increments, before the time is actually earned. If the Company allows an employee to borrow CTO time and the employee terminates before earning the CTO, the Company may deduct the amount owed from the employee's final paycheck, subject to the manager's discretion.

5.    RHI has more than 260 branch offices throughout the United States, and has at least one office in 43 of the 50 states. RHI has employed many thousands of employees in salaried positions during the previous three years.

6.    RHI's exempt workforce includes a diverse group of employees including positions ranging from Division Directors and Branch Managers to corporate Vice Presidents and high-level company officers.

Signed under the pains and penalties of perjury this first day of May 2006.

Linda Blandford Beringsmith

2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IAN O'DONNELL, DAVID JOLICOEUR, AND STACEY MOORE, on behalf of themselves and others similarly situated<br><br>                          Plaintiffs,<br><br>v.<br><br>ROBERT HALF INTERNATIONAL INC. AND ROBERT HALF CORPORATION<br><br>                       Defendants. | CIVIL ACTION NO.  04-CV-12719 NMG |

## AFFIDAVIT OF JUDI GRAVES

I, Judi Graves, being duly sworn, hereby depose and state as follows:

1.      I submit this Affidavit in support of Defendants' Partial Motion for Summary Judgment.

2.      I am the Group Manager, Payroll and Payroll Tax, for Robert Half International Inc. ("RHI" or the "Company").  I have held that position since January 1, 2006.  I have been employed by RHI in other management roles for the Payroll Department since 1997.  In my current role,  I am familiar with RHI's salary continuation payments and with the pay histories of David Jolicoeur ("Jolicoeur"), Stacey Moore ("Moore"), and Ian O'Donnell ("O'Donnell").

3.      "Salary continuation" is a payment that RHI typically pays to an employee when he or she provides advance notice of resignation and the Company chooses not to require or allow the employee work through his or her notice period.  Generally, RHI

1

pays the employee through the notice period but asks him or her to leave the same day the resignation is tendered.

4.    Jolicoeur's final paycheck is dated September 30, 2003. *See* Jolicoeur's Final Paystub (attached as Exhibit 1). Jolicoeur received his full salary for his final period of employment, in addition to a salary continuation payment equal to two days' pay, and no deductions were taken from his final paycheck. In fact, in his final paycheck, Jolicoeur received payment for thirty-two hours of accrued "CHOICE Time Off" ("CTO") time in addition to his regular salary and an expense reimbursement.

5.    Moore's final paycheck is dated February 3, 2004. *See* Moore's Final Paystub (attached as Exhibit 2). Moore received her full salary for her final pay period of employment, and no deductions were taken from Moore's final paycheck. In her final paycheck, Moore also received payment for twelve hours of accrued CTO time.

6.    RHI's records reflect that no time was deducted from Moore's CTO bank in June, July, or August 2003. *See* Moore's paystubs from June through August 2003 (attached as Exhibit 3). I have reviewed the Affidavit of Stacey Moore, dated November 15, 2005, including her claim that she took off two half-days in or about July 2003. If Moore did take two half-days off as described in her affidavit, she was not charged any CTO time for those absences.

7.    O'Donnell's last day at work was August 6, 2003. However, RHI paid his regular salary through August 15, 2003, including seven days of pay at his regular salary for days he did not work.

8.    O'Donnell's last paycheck is dated August 20, 2003, and shows that twenty-eight hours of overdrawn CTO time were deducted. *See* O'Donnell's Final

2

Paystub (attached as Exhibit 4). However, in addition to his salary, O'Donnell received a gratuitous salary continuation in the amount of $946.15. O'Donnell's weekly salary was not decreased by the deduction of CTO time from the check. There is no week in which O'Donnell worked for RHI that he did not receive his full salary for that week.

Signed under the pains and penalties of perjury this 9th day of May 2007.


_____ /s/ Judi Graves _____
Judi Graves

3

# EXHIBIT 1

**Robert Half International,Inc.**
5720 Stoneridge Drive, Suite 3
Pleasanton, CA 94588

| Pay Group: | SAL-Salaried Employees | Check #: | 0055459 |
|---|---|---|---|
| Pay Begin Date: | 09/16/2003 | Check Date: | 09/30/2003 |
| Pay End Date: | 09/30/2003 | | |

| David W Jolicoeur | Employee ID: 101994 | TAX DATA: | Federal | State |
|---|---|---|---|---|
| 195 Park Ridge Dr. | Department: 02100-Boston, MA | Marital Status: | Single | |
| Easton, PA 18040 | Location: MA BOSTON | Allowances: | 2 | 0 |
| | Pay Rate: $42,000.00 Annual | Addl. Pct.: | | |
| | | Addl. Amt.: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Salary | | | 323.08 | 1,376.00 | 24,331.36 |
| Choice Time Off Payout | 20.192308 | 32.00 | 646.15 | 32.00 | 646.15 |
| Salary Continuation-Term Only | | | 323.08 | | 323.08 |
| Floating Holiday | | | 0.00 | 8.00 | 150.00 |
| Expense | | | 0.00 | | 254.66 |
| Retro Pay | | | 0.00 | | 125.00 |
| Bonus-US Monthly Field | | | 0.00 | | 5,506.22 |
| Choice Time Off | | | 0.00 | 88.00 | 1,550.01 |
| **Total:** | | **32.00** | **1,292.31** | **1,504.00** | **32,886.48** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 119.50 | 4,202.40 |
| Fed MED/EE | 18.31 | 465.61 |
| Fed OASDI/EE | 78.32 | 1,990.90 |
| MA Withholdng | 62.54 | 1,626.82 |
| **Total:** | **278.67** | **8,285.73** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Pre-Tax Med-HMO | 21.00 | 378.00 |
| Pre-Tax Dental | 7.00 | 126.00 |
| Pre-Tax Vision | 1.00 | 18.00 |
| **Total:** | **29.00** | **522.00** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

## TAXABLE BENEFITS

| Description | Current | YTD |
|---|---|---|
| GTL Basic Life | 0.00 | 1.53 |
| **Total:** | **0.00** | **1.53** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,292.31 | 1,263.31 | 278.67 | 29.00 | 984.64 |
| YTD: | 32,886.48 | 32,111.35 | 8,285.73 | 522.00 | 24,078.75 |

## CTO (US) HOURS       YTD

| | |
|---|---|
| Start Balance: | 0.00 |
| + Earned: | 120.00 |
| - Taken: | 120.00 |
| Adjustments: | |
| End Balance: | 0.00 |

### NET PAY DISTRIBUTION

| Check #0055459 | 984.64 |
|---|---|
| **Total:** | **984.64** |

---

**Robert Half International,Inc.**
5720 Stoneridge Drive
Suite 3
Pleasanton, CA 94588

90-1278/0611

**BANK OF AMERICA**
Bank of America Customer Connection
Bank of America, N.A.
Atlanta, Dekalb Co, GA

**Check No.**
55459

Date: 09/30/2003          Pay Amount: $984.64 *******

Pay          ****NINE HUNDRED EIGHTY-FOUR AND 64/100 DOLLARS****

To The
Order Of

David W Jolicoeur
1521 Washington St #7
Boston, MA 02118

Department ID: 02100 Boston, MA

# NON-NEGOTIABLE

# EXHIBIT 2

**Robert Half International,Inc.**
5720 Stoneridge Drive, Suite 3
Pleasanton, CA 94588

| | | |
|---|---|---|
| Pay Group: | SAL-Salaried Employees | Check #: 0066836 |
| Pay Begin Date: | 02/01/2004 | Check Date: 02/03/2004 |
| Pay End Date: | 02/15/2004 | - On-line Advice - |

Stacey A Moore
69 81 108th Street 2H
Forest Hills, NY 11375

Employee ID: 104043
Department: 02100-Boston, MA
Location: MA BOSTON
Pay Rate: $47,000.00 Annual

| TAX DATA: | Federal | State |
|---|---|---|
| Marital Status: | Single | |
| Allowances: | 1 | 1 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | | | | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | | | |
| Salary | | | 180.77 | 168.00 | 3,916.66 | Fed Withholding | | 10.41 | 534.07 |
| Choice Time Off Payout | 22.596154 | 12.00 | 271.15 | 12.00 | 271.15 | Fed MED/EE | | 5.64 | 63.95 |
| Choice Time Off | | | 0.00 | 8.00 | 180.77 | Fed OASDI/EE | | 24.11 | 273.43 |
| Bonus-US Monthly Field | | | 0.00 | | 165.74 | MA Withholding | | 9.54 | 178.50 |
| Expense | | | 0.00 | | 102.70 | | | | |
| **Total:** | | **12.00** | **451.92** | **188.00** | **4,637.02** | **Total:** | | **49.70** | **1,049.95** |

### TAXES

(included above)

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Pre-Tax Med-HMO | 46.00 | 92.00 |
| Pre-Tax Dental | 15.00 | 30.00 |
| Pre-Tax Vision | 2.00 | 4.00 |
| 401K Deduction | 45.19 | 436.85 |
| **Total:** | **108.19** | **562.85** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

### TAXABLE BENEFITS

| Description | Current | YTD |
|---|---|---|
| GTL Basic Life | 0.00 | 1.90 |
| **Total:** | **0.00** | **1.90** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 451.92 | 343.73 | 49.70 | 108.19 | 294.03 |
| YTD: | 4,637.02 | 3,973.37 | 1,049.95 | 562.85 | 3,024.22 |

### CTO (US) HOURS YTD:

| | |
|---|---|
| Start Balance | 0.00 |
| + Earned | 20.00 |
| - Taken | 20.00 |
| Adjustments: | |
| End Balance: | 0.00 |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Check #0066836 | 294.03 |
| **Total:** | **294.03** |

---

**Robert Half International,Inc.**
5720 Stoneridge Drive
Suite 3
Pleasanton, CA 94588

90-1278/0611

BANK OF AMERICA
Bank of America Customer Connection
Bank of America, N.A.
Atlanta, Dekalb Co, GA

Check No.
66836

Date: 02/03/2004          Pay Amount: $294.03 *******

Pay          ****TWO HUNDRED NINETY-FOUR AND 03/100 DOLLARS****

To The
Order Of

Stacey A Moore
48 Green St, Unit 2
Charlestown, MA 02129

Department ID: 02100 Boston, MA

## NON-NEGOTIABLE

# EXHIBIT 3

**Robert Half International, Inc.**
5720 Stoneridge Drive, Suite 3
Pleasanton, CA 94588

| Pay Group: | SAL-Salaried Employees | Advice #: | 1175974 |
|---|---|---|---|
| Pay Begin Date: | 06/01/2003 | Advice Date: | 06/13/2003 |
| Pay End Date: | 06/15/2003 | | |

Stacey A Moore
69 81 108th Street 2H
Forest Hills, NY 11375

| Employee ID: | 104043 |
|---|---|
| Department: | 02100-Boston, MA |
| Location: | MA BOSTON |
| Pay Rate: | $47,000.00 Annual |

| TAX DATA: | Federal | State |
|---|---|---|
| Marital Status: | Single | |
| Allowances: | 1 | 1 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | | 
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Salary | | | 1,958.33 | 248.00 | 3,766.02 |
| **Total:** | | | 1,958.33 | 248.00 | 3,766.02 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 315.08 | 589.49 |
| Fed MED/EE | 28.40 | 54.61 |
| Fed OASDI/EE | 121.41 | 233.49 |
| MA Withholdng | 92.09 | 176.19 |
| **Total:** | 556.98 | 1,053.78 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### TAXABLE BENEFITS

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,958.33 | 1,958.33 | 556.98 | 0.00 | 1,401.35 |
| YTD: | 3,766.02 | 3,766.02 | 1,053.78 | 0.00 | 2,712.24 |

### CTO (US) HOURS          YTD:

| | |
|---|---|
| Start Balance: | 0.00 |
| + Earned: | 13.33 |
| - Taken: | |
| Adjustments: | |
| End Balance: | 13.33 |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #1175974 | 1,401.35 |
| **Total:** | 1,401.35 |

---

**Robert Half International, Inc.**
5720 Stoneridge Drive
Suite 3
Pleasanton, CA 94588

Date
06/13/2003

Advice No.
1175974

Deposit Amount:    **$1,401.35**

To The
Account(s) Of

Stacey Ann Moore
36 Washington St., 1A
Charlestown, MA 02129

Department ID: 02100 Boston, MA

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | 9462386818 | $1,401.35 |
| **Total:** | | $1,401.35 |

## NON-NEGOTIABLE

**Robert Half International,Inc.**
5720 Stoneridge Drive, Suite 3
Pleasanton, CA  94588

| | | |
|---|---|---|
| Pay Group: | SAL-Salaried Employees | Advice #: | 1179892 |
| Pay Begin Date: | 06/16/2003 | Advice Date: | 06/30/2003 |
| Pay End Date: | 06/30/2003 | | |

| | |
|---|---|
| Stacey A Moore | Employee ID: 104043 |
| 69 81 108th Street 2H | Department:   02100-Boston, MA |
| Forest Hills, NY  11375 | Location:      MA BOSTON |
| | Pay Rate:      $47,000.00 Annual |

| TAX DATA: | Federal | State |
|---|---|---|
| Marital Status: | Single | |
| Allowances: | 1 | 1 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | | Current | YTD |
| Salary | | | 1,958.33 | 248.00 | 5,724.35 | Fed Withholdng | | 315.08 | 904.57 |
| | | | | | | Fed MED/EE | | 28.39 | 83.00 |
| | | | | | | Fed OASDI/EE | | 121.42 | 354.91 |
| | | | | | | MA Withholdng | | 92.09 | 268.28 |
| **Total:** | | | 1,958.33 | 248.00 | 5,724.35 | **Total:** | | 556.98 | 1,610.76 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | TAXABLE BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| **Total:** | 0.00 | 0.00 | **Total:** | 0.00 | 0.00 | **Total:** | 0.00 | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,958.33 | 1,958.33 | 556.98 | 0.00 | 1,401.35 |
| YTD: | 5,724.35 | 5,724.35 | 1,610.76 | 0.00 | 4,113.59 |

| CTO (US) HOURS | YTD |
|---|---|
| Start Balance: | 0.00 |
| + Earned: | 20.00 |
| - Taken: | |
| Adjustments: | |
| End Balance: | 20.00 |

**NET PAY DISTRIBUTION**

| | |
|---|---|
| Advice #1179892 | 1,401.35 |
| **Total:** | 1,401.35 |

---

**Robert Half International,Inc.**
5720 Stoneridge Drive
Suite 3
Pleasanton, CA  94588

**Date**
06/30/2003

**Advice No.**
1179892

**Deposit Amount:**   $1,401.35

**To The
Account(s) Of**

**Stacey Ann Moore**
36 Washington St., 1A
Charlestown, MA  02129

Department ID: 02100 Boston, MA

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | 9462386818 | $1,401.35 |
| **Total:** | | $1,401.35 |

## NON-NEGOTIABLE

**Robert Half International,Inc.**
5720 Stoneridge Drive, Suite 3
Pleasanton, CA  94588

| | | | |
|---|---|---|---|
| Pay Group: | SAL-Salaried Employees | Advice #: | 1183801 |
| Pay Begin Date: | 07/01/2003 | Advice Date: | 07/15/2003 |
| Pay End Date: | 07/15/2003 | | |

| | | |
|---|---|---|
| Stacey A Moore | Employee ID: 104043 | TAX DATA:   Federal   State |
| 69 81. 108th Street 2H | Department:  02100-Boston, MA | Marital Status:  Single |
| Forest Hills, NY  11375 | Location:    MA BOSTON | Allowances:  1   1 |
| | Pay Rate:   $47,000.00 Annual | Addl. Pct.: |
| | | Addl. Amt.: |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Salary | | | 1,958.33 | 432.00 | 7,682.68 | Fed Withholdng | 248.75 | 1,153.32 |
| | | | | | | Fed MED/EE | 28.40 | 111.40 |
| | | | | | | Fed OASDI/EE | 121.42 | 476.33 |
| | | | | | | MA Withholdng | 81.71 | 349.99 |
| Total: | | | 1,958.33 | 432.00 | 7,682.68 | Total: | 480.28 | 2,091.04 |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / TAXABLE BENEFITS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| 401K Deduction | 195.83 | 195.83 | | | | | | |
| Total: | 195.83 | 195.83 | Total: | 0.00 | 0.00 | Total: | 0.00 | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,958.33 | 1,762.50 | 480.28 | 195.83 | 1,282.22 |
| YTD: | 7,682.68 | 7,486.85 | 2,091.04 | 195.83 | 5,395.81 |

| CTO (US) HOURS | YTD | |
|---|---|---|
| Start Balance: | 0.00 | |
| + Earned: | 26.67 | |
| - Taken: | | |
| Adjustments: | | |
| End Balance: | 26.67 | |

| NET PAY DISTRIBUTION | |
|---|---|
| Advice #1183801 | 1,282.22 |
| Total: | 1,282.22 |

---

**Robert Half International,Inc.**
5720 Stoneridge Drive
Suite 3
Pleasanton, CA  94588

**Date**
07/15/2003

**Advice No.**
1183801

**Deposit Amount:**  $1,282.22

**To The
Account(s) Of**

**Stacey A Moore**
48 Green St. Unit 2
Charlestown, MA  02129

Department ID: 02100 Boston, MA

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | 9462386818 | $1,282.22 |
| Total: | | $1,282.22 |

# NON-NEGOTIABLE

**Robert Half International,Inc.**
5720 Stoneridge Drive, Suite 3
Pleasanton, CA  94588

| | | |
|---|---|---|
| Pay Group: | SAL-Salaried Employees | Advice #:  1187749 |
| Pay Begin Date: | 07/16/2003 | Advice Date:  07/31/2003 |
| Pay End Date: | 07/31/2003 | |

| | | | |
|---|---|---|---|
| Stacey A Moore | Employee ID: 104043 | TAX DATA: | Federal | State |
| 69 81 108th Street 2H | Department:  02100-Boston, MA | Marital Status: | Single | |
| Forest Hills, NY  11375 | Location:  MA BOSTON | Allowances: | 1 | 1 |
| | Pay Rate:  $47,000.00 Annual | Addl. Pct.: | | |
| | | Addl. Amt.: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Salary | | | 1,958.33 | 432.00 | 9,641.01 |
| **Total:** | | | **1,958.33** | **432.00** | **9,641.01** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 248.75 | 1,402.07 |
| Fed MED/EE | 28.39 | 139.79 |
| Fed OASDI/EE | 121.41 | 597.74 |
| MA Withholdng | 81.71 | 431.70 |
| **Total:** | **480.26** | **2,571.30** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401K Deduction | 195.83 | 391.66 |
| **Total:** | **195.83** | **391.66** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

### TAXABLE BENEFITS

| Description | Current | YTD |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,958.33 | 1,762.50 | 480.26 | 195.83 | 1,282.24 |
| YTD: | 9,641.01 | 9,249.35 | 2,571.30 | 391.66 | 6,678.05 |

### CTO (US) HOURS

| | YTD |
|---|---|
| Start Balance: | 0.00 |
| + Earned: | 33.33 |
| - Taken: | |
| Adjustments: | |
| End Balance: | 33.33 |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #1187749 | 1,282.24 |
| **Total:** | **1,282.24** |

---

**Robert Half International,Inc.**
5720 Stoneridge Drive
Suite 3
Pleasanton, CA  94588

**Date**
07/31/2003

**Advice No.**
1187749

**Deposit Amount:**  $1,282.24

**To The**
**Account(s) Of**

Stacey A Moore
48 Green St. Unit 2
Charlestown, MA  02129

Department ID: 02100 Boston, MA

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | 9475671263 | $1,282.24 |
| **Total:** | | **$1,282.24** |

## NON-NEGOTIABLE

**Robert Half International,Inc.**
5720 Stoneridge Drive, Suite 3
Pleasanton, CA  94588

| Pay Group: | SAL-Salaried Employees | Advice #: | 1191667 |
|---|---|---|---|
| Pay Begin Date: | 08/01/2003 | Advice Date: | 08/15/2003 |
| Pay End Date: | 08/15/2003 | | |

| Stacey A Moore | Employee ID: 104043 | TAX DATA: | Federal | State |
|---|---|---|---|---|
| 69 81 108th Street 2H | Department:  02100-Boston, MA | Marital Status: | Single | |
| Forest Hills, NY  11375 | Location:  MA BOSTON | Allowances: | 1 | 1 |
| | Pay Rate:  $47,000.00 Annual | Addl. Pct.: | | |
| | | Addl. Amt.: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Salary | | | 1,958.33 | 600.00 | 11,599.34 |
| **Total:** | | | 1,958.33 | 600.00 | 11,599.34 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 248.75 | 1,650.82 |
| Fed MED/EE | 28.40 | 168.19 |
| Fed OASDI/EE | 121.42 | 719.16 |
| MA Withholdng | 81.71 | 513.41 |
| **Total:** | 480.28 | 3,051.58 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401K Deduction | 195.83 | 587.49 |
| **Total:** | 195.83 | 587.49 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### TAXABLE BENEFITS

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,958.33 | 1,762.50 | 480.28 | 195.83 | 1,282.22 |
| YTD: | 11,599.34 | 11,011.85 | 3,051.58 | 587.49 | 7,960.27 |

### CTO (US) HOURS          YTD

| | |
|---|---|
| Start Balance: | 0.00 |
| + Earned: | 40.00 |
| - Taken: | |
| Adjustments: | |
| End Balance: | 40.00 |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #1191667 | 1,282.22 |
| **Total:** | 1,282.22 |

---

**Robert Half International,Inc.**
5720 Stoneridge Drive
Suite 3
Pleasanton, CA  94588

**Date**
08/15/2003

**Advice No.**
1191667

Deposit Amount:    $1,282.22

**To The
Account(s) Of**

Stacey A Moore
48 Green St. Unit 2
Charlestown, MA  02129

Department ID: 02100 Boston, MA

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | 9475671263 | $1,282.22 |
| **Total:** | | $1,282.22 |

# NON-NEGOTIABLE

**Robert Half International,Inc.**
5720 Stoneridge Drive, Suite 3
Pleasanton, CA  94588

| Pay Group: | SAL-Salaried Employees | Advice #: | 1195602 |
|---|---|---|---|
| Pay Begin Date: | 08/16/2003 | Advice Date: | 08/29/2003 |
| Pay End Date: | 08/31/2003 | | |

Stacey A Moore
69 81 108th Street 2H
Forest Hills, NY  11375

| Employee ID: | 104043 |
|---|---|
| Department: | 02100-Boston, MA |
| Location: | MA BOSTON |
| Pay Rate: | $47,000.00 Annual |

| TAX DATA: | Federal | State |
|---|---|---|
| Marital Status: | Single | |
| Allowances: | 1 | 1 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Salary | | | 1,958.33 | 600.00 | 13,557.67 | Fed Withholding | 248.75 | 1,899.57 |
| | | | | | | Fed MED/EE | 28.40 | 196.59 |
| | | | | | | Fed OASDI/EE | 121.42 | 840.58 |
| | | | | | | MA Withholdng | 81.71 | 595.12 |
| Total: | | | 1,958.33 | 600.00 | 13,557.67 | Total: | 480.28 | 3,531.86 |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / TAXABLE BENEFITS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| 401K Deduction | 195.83 | 783.32 | | | | | | |
| Total: | 195.83 | 783.32 | Total: | 0.00 | 0.00 | Total: | 0.00 | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,958.33 | 1,762.50 | 480.28 | 195.83 | 1,282.22 |
| YTD: | 13,557.67 | 12,774.35 | 3,531.86 | 783.32 | 9,242.49 |

| CTO (US) HOURS | YTD |
|---|---|
| Start Balance: | 0.00 |
| + Earned: | 46.67 |
| - Taken: | |
| Adjustments: | |
| End Balance: | 46.67 |

| NET PAY DISTRIBUTION | |
|---|---|
| Advice #1195602 | 1,282.22 |
| Total: | 1,282.22 |

---

**Robert Half International,Inc.**
5720 Stoneridge Drive
Suite 3
Pleasanton, CA  94588

Date
08/29/2003

Advice No.
1195602

Deposit Amount:    $1,282.22

To The
Account(s) Of

Stacey A Moore
48 Green St. Unit 2
Charlestown, MA  02129

Department ID: 02100 Boston, MA

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | 9475671263 | $1,282.22 |
| Total: | | $1,282.22 |

## NON-NEGOTIABLE

# EXHIBIT 4

**Robert Half International, Inc.**
5720 Stoneridge Drive, Suite 3
Pleasanton, CA 94588

| Pay Group: | SAL-Salaried Employees | Check #: | 0053747 |
|---|---|---|---|
| Pay Begin Date: | 08/16/2003 | Check Date: | 08/20/2003 |
| Pay End Date: | 08/31/2003 | - On-line Advice - | |

| Ian E O'Donnell | Employee ID: 100548 | TAX DATA: | Federal | State |
|---|---|---|---|---|
| 1521 Washington St Apt #7 | Department: 02100-Boston, MA | Marital Status: | Single | |
| Boston, MA 02118 | Location: MA BOSTON | Allowances: | 2 | 0 |
| | Pay Rate: $36,000.00 Annual | Addl. Pct.: | | |
| | | Addl. Amt.: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | | | TAXES | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Choice Time Off Payout | 17.307692 | 28.00- | 484.62- | 28.00- | 484.62- | Fed Withholdng | 73.61 | 3,428.22 |
| Salary | | | 553.85 | 1,072.00 | 19,061.55 | Fed MED/EE | 13.88 | 380.00 |
| Salary Continuation-Term Only | | | 946.15 | | 946.15 | Fed OASDI/EE | 59.35 | 1,624.83 |
| Expense | | | 81.21 | | 366.38 | MA Withholdng | 46.86 | 1,327.69 |
| Floating Holiday | | | 0.00 | 16.00 | 276.92 | CT Withholdng | 0.00 | 0.00 |
| Bonus-US Monthly Field | | | 0.00 | | 4,653.22 | | | |
| Choice Time Off | | | 0.00 | 128.00 | 2,215.38 | | | |
| **Total:** | | **28.00-** | **1,096.59** | **1,188.00** | **27,034.98** | **Total:** | **193.70** | **6,760.74** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Pre-Tax Med-HMO | 42.00 | 336.00 | | | | GTL Basic Life | 0.00 | 2.40 |
| Pre-Tax Dental | 14.00 | 112.00 | | | | | | |
| Pre-Tax Vision | 2.00 | 16.00 | | | | | | |
| **Total:** | **58.00** | **464.00** | **Total:** | **0.00** | **0.00** | **Total:** | **0.00** | **2.40** |

### AFTER-TAX DEDUCTIONS / TAXABLE BENEFITS

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,096.59 | 957.38 | 193.70 | 58.00 | 844.89 |
| YTD: | 27,034.98 | 26,207.00 | 6,760.74 | 464.00 | 19,810.24 |

| CTO (US) HOURS | YTD | | NET PAY DISTRIBUTION | |
|---|---|---|---|---|
| Start Balance: | 0.00 | | Check #0053747 | 844.89 |
| + Earned: | 100.00 | | | |
| - Taken: | 100.00 | | | |
| Adjustments: | | | **Total:** | **844.89** |
| End Balance: | 0.00 | | | |

---

**Robert Half International, Inc.**
5720 Stoneridge Drive
Suite 3
Pleasanton, CA 94588

90-1278/0611

**BANK OF AMERICA**
Bank of America Customer Connection
Bank of America, N.A.
Atlanta, Dekalb Co, GA

**Check No.**
53747

Date: 08/20/2003      Pay Amount: $844.89 *******

Pay        ****EIGHT HUNDRED FORTY-FOUR AND 89/100 DOLLARS****

To The
Order Of

Ian E O'Donnell
1521 Washington St Apt #7
Boston, MA 02118

Department ID: 02100 Boston, MA

# NON-NEGOTIABLE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IAN O'DONNELL AND DAVID JOLICOEUR, on behalf of themselves and others similarly situated )<br><br>Plaintiffs, )<br><br>v. )<br><br>ROBERT HALF INTERNATIONAL INC. AND ROBERT HALF CORPORATION )<br><br>Defendants. ) | CIVIL ACTION NO.  04-CV-12719 NMG |

## AFFIDAVIT OF WILLIAM T. HAYES

I, William T. Hayes, being duly sworn, hereby depose and state as follows:

1.       I am the District Director for Robert Half International Inc.'s ("RHI" or the "Company") New England District.  I have held that position since April 1, 2001.  In my current position, I am responsible for conducting strategic planning for the New England District, supervising the Regional Managers who oversee the 16 offices in the District, and managing and monitoring compensation, human resources, and other administrative matters for the District.  I exercise direct oversight over all of RHI's Connecticut, Massachusetts, New Hampshire, and Rhode Island offices.  In this role, I regularly observe the activities and responsibilities of numerous Staffing Managers, Account Managers, and Account Executives working in the Company's various divisions.

2.       I am familiar with Ian O'Donnell's ("O'Donnell") employment history with RHI.  RHI hired O'Donnell to work as a Staffing Manager in the Accountemps division in the Company's Danbury, Connecticut office on or about January 3, 2002.  He transferred to the

BO1 15721629.2

Company's Westborough, Massachusetts office on or about July 1, 2002, where he retained the position of Staffing Manager and continued to work in the Company's Accountemps division. On or about February 1, 2003, O'Donnell transferred to RHI's Boston, Massachusetts office, where he again retained the title of Staffing Manager and continued to work in RHI's Accountemps division. O'Donnell resigned his employment with RHI on or about August 16, 2003.

3. I am also familiar with David Jolicoeur's ("Jolicoeur") employment history with RHI. RHI hired Jolicoeur to work as a Staffing Manager in the Company's Boston office and Accountemps division on or about July 22, 2002. Jolicoeur was promoted to the position of Senior Staffing Manager on or about July 16, 2003, and continued to work in RHI's Boston office and Accountemps division. Jolicoeur resigned his employment with RHI on or about September 20, 2003.

4. Neither O'Donnell nor Jolicoeur ever worked in any RHI office outside of the New England District. They have, therefore, had no opportunity to observe the job duties and responsibilities of Staffing Managers, Account Managers, or Account Executives in any RHI office outside of the New England District.

Signed under the pains and penalties of perjury this 23rd day of June, 2005.

_William T. Hayes_
William T. Hayes

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IAN O'DONNELL, DAVID JOLICOEUR, AND STACEY MOORE, on behalf of themselves and others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT HALF INTERNATIONAL INC. AND ROBERT HALF CORPORATION<br><br>Defendants. | CIVIL ACTION NO.  04-CV-12719 NMG |

## THIRD AFFIDAVIT OF WILLIAM T. HAYES

I, William T. Hayes, being duly sworn, hereby depose and state as follows:

1. I submit this Third Affidavit in support of Defendants' Opposition to Plaintiffs' Renewed Motion to Facilitate §216(b) Notice.

2. In my capacity as District Director for Robert Half International Inc. ("RHI"), I am familiar with Stacey Moore's ("Moore") employment history with RHI. RHI hired Moore to work as an Account Manager in the Creative Group division in the Company's Boston, Massachusetts office on or about May 19, 2003.  Moore resigned her employment with RHI on or about February 2, 2004.

Signed under the pains and penalties of perjury this 27 day of April 2006.

_William T Hayes_
William T. Hayes

1