# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

_____
)
IAN O'DONNELL, DAVID JOLICOEUR, )
and STACEY MOORE, on behalf of )
themselves and all others similarly situated, )
)
                Plaintiffs, )   CIVIL ACTION NO.:
)   04-12719 NMG
v. )
)
ROBERT HALF INTERNATIONAL INC. )
and ROBERT HALF CORPORATION, )
)
                Defendants. )
_____ )

### AFFIDAVIT OF SHANNON LISS-RIORDAN, ESQ.

I, Shannon Liss-Riordan, under oath, hereby state as follows:

1. I represent the plaintiffs in this matter.

2. The Plaintiffs' Cross-Motion for Summary Judgment and Opposition to Defendants' Partial Motion for Summary Judgment was prepared and ready for filing yesterday, June 4, 2007, at 5:45 p.m.

3. However, the internet at our law firm's office was down at that time, and so the plaintiffs were unable to access the Court's ECF system and file the briefing at that time.

4. The plaintiffs are therefore filing their opposition and cross-motion first thing this morning, June 5, 2007.

Respectfully submitted,

IAN O'DONNELL et al.,
By their attorneys,

_s/Shannon Liss-Riordan_____
Shannon Liss-Riordan, BBO #640716
Hillary Schwab, BBO #666029
PYLE, ROME, LICHTEN, EHRENBERG,
& LISS-RIORDAN, P.C.
18 Tremont Street, 5th Floor
Boston, MA 02108
Dated:  June 5, 2007          (617) 367-7200

## **CERTIFICATE OF SERVICE**

 I hereby certify that on June 5, 2007, I caused a copy of this document to be served by electronic filing on all counsel of record.

          s/Shannon Liss-Riordan
          Shannon Liss-Riordan, Esq.