UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IAN O'DONNELL, DAVID JOLICOEUR, AND STACY MOORE, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT HALF INTERNATIONAL INC. and ROBERT HALF CORPORATION<br><br>Defendants. | CIVIL ACTION NO.: 04-12719 NMG |

### PLAINTIFFS' CROSS MOTION FOR SUMMARY JUDGMENT

Plaintiffs Ian O'Donnell, David Joliceur, and Stacy Moore hereby move for summary judgment on their claim that Defendants violated the salary-basis test under the Fair Labor Standards Act and the Massachusetts Wage Act by maintaining a written policy that subjected all exempt employees, including Plaintiffs, to impermissible deductions from pay for partial-day absences.

Respectfully submitted,

IAN O'DONNELL, DAVID JOLICOEUR, and STACEY MOORE, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,
By their attorneys,

Dated: June 4, 2007

_s/Shannon Liss-Riordan_
Shannon Liss-Riordan, BBO #640716
PYLE, ROME, LICHTEN, EHRENBERG
      & LISS-RIORDAN, P.C.
18 Tremont Street, Ste. 500
Boston, MA 02108
(617) 367-7200

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2007, I caused a copy of this document to be served by electronic filing on all counsel of record.

_s/Shannon Liss-Riordan_
Shannon Liss-Riordan, Esq.