# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IAN O'DONNELL, DAVID JOLICOEUR, AND STACEY MOORE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT HALF INTERNATIONAL INC. AND ROBERT HALF CORPORATION,<br><br>Defendants. | CIVIL ACTION NO.  04-CV-12719 NMG |

## DEFENDANTS' MOTION TO STAY PLAINTIFFS' MOTION FOR CERTIFICATION OF A MASSACHUSETTS CLASS PURSUANT TO FED. R. CIV. P. 23

Defendants Robert Half International Inc. and Robert Half Corporation (together "RHI" or the "Company") hereby move to stay Plaintiffs' Motion for Certification of a Massachusetts Class Pursuant to Fed. R. Civ. P. 23 ("Motion for Certification"), and all related discovery, pending the Court's ruling on Plaintiffs' Motion for Reconsideration and the parties' cross motions for summary judgment on Plaintiffs' salary basis claims.  As grounds for this Motion, Defendants state as follows:

1.   The pending motions are now fully briefed, and the Court's rulings on those motions will greatly affect the nature and direction of this case.  If the Court grants Defendants' Motion for Partial Summary Judgment and dismisses Plaintiffs' salary basis claims, the Motion for Certification will be moot, as that is the only claim for which Plaintiffs seek certification of a class.

2. Defendants should not be obligated to undertake the burden and expense of opposing Plaintiffs' motion when that attempt is based solely on claims that are the subject of a currently-pending dispositive motion.

3. Plaintiffs' fourth attempt to certify a class in this case is premature because Plaintiffs' previous attempt to certify a class – based on the same legal theory upon which this Motion for Certification is based – is the subject of Plaintiffs' currently-pending Motion for Reconsideration. The Court and Defendants should not be required to expend valuable resources in responding to the Motion for Certification until after the Court has ruled on the Motion for Reconsideration.

4. It would be wasteful of the Court's and Defendants' resources to engage in time-consuming, burdensome, and costly class discovery on claims that may be dismissed from this case.

WHEREFORE, RHI respectfully asks that the Court stay Plaintiffs' Motion for Certification, and all related discovery, pending the Court's rulings on Plaintiffs' Motion for Reconsideration and on the parties' cross motions for summary judgment.

                                                  Respectfully submitted,

                                                  ROBERT HALF INTERNATIONAL INC.
AND ROBERT HALF CORPORATION
By their Attorneys,

 /s/ C.J. Eaton
Richard L. Alfred (BBO # 015000)
Krista G. Pratt (BBO # 644741)
Barry J. Miller (BBO # 661596 )
C.J. Eaton (BBO # 660726)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028

DATED: July 6, 2007                 Telephone:   (617) 946-4800
                                                  Telecopier:   (617) 946-4801

---

### CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the Court's ECF system and that a true copy of the above document was served on Shannon Liss-Riordan, an attorney for Plaintiffs, Pyle, Rome, Lichten, Ehrenberg, & Liss-Riordan, 18 Tremont Street, Suite 500, Boston, MA 02109, by first class mail on July 6, 2007.

                                      /s/ C.J. Eaton
                                      C.J. Eaton