UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IAN O'DONNELL AND DAVID JOLICOEUR, on behalf of themselves and all others similarly situated,<br><br>                  Plaintiffs,<br><br>v.<br><br>ROBERT HALF INTERNATIONAL INC. AND ROBERT HALF CORPORATION,<br><br>                  Defendants. | CIVIL ACTION NO. 04-CV-12719 NMG |

## JOINT STATUS REPORT

Pursuant to the Court's April 10, 2008 electronic notice, counsel for Plaintiffs Ian O'Donnell, David Jolicoeur and Stacey Moore (together, "Plaintiffs"), and Defendants Robert Half International, Inc. and Robert Half Corporation (together, "Defendants") hereby respectfully submit this Joint Status Report.

Plaintiffs filed a Second Amended Complaint on November 30, 2005, alleging violations of Massachusetts law and the federal Fair Labor Standards Act ("FLSA"). Plaintiffs assert their Massachusetts law claims as a putative class action pursuant to Fed.R.Civ.P. 23 and their FLSA claims as a putative collective action pursuant 29 U.S.C. § 216(b).

On March 27, 2008, the Court denied Plaintiffs' Motion to Certify Class Pursuant to Fed.R.Civ.P. 23. Plaintiffs filed a Petition with The United States Court of Appeals for the First Circuit ("First Circuit") on April 7, 2008, seeking permission to appeal the District Court's order denying class certification.

Pending the First Circuit's decision, this Court cancelled the Status Conference scheduled for April 23, 2008, and requested that both parties file a status report within two business days of the First Circuit's decision or by June 30, 2008, if a decision had not yet been rendered.

Currently, there is no Scheduling Order in this matter.

As of this filing date, the First Circuit had not yet rendered a decision regarding Plaintiffs' Petition.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| ATTORNEYS FOR PLAINTIFFS<br>IAN O'DONNELL, DAVID JOLICOEUR AND<br>STACEY MOORE, on behalf of themselves and all others similarly situated | ATTORNEYS FOR DEFENDANTS<br>ROBERT HALF INTERNATIONAL INC.<br>AND ROBERT HALF CORPORATION |
| By their Attorneys, | By their Attorneys, |
| /s/ Shannon Liss-Riordan<br>Shannon Liss-Riordan (BBO #640716)<br>Hillary Schwab (BBO #666029)<br>PYLE, ROME, LICHTEN, EHRENBERG<br>  & LISS-RIORDAN, P.C.<br>18 Tremont Street, Suite 500<br>Boston, MA 02108<br>Telephone:    (617) 367-7200 | /s/ Krista G. Pratt<br>Richard L. Alfred (BBO # 015000)<br>Krista G. Pratt (BBO# 644741)<br>Barry J. Miller (BBO # 661596 )<br>C.J. Eaton (BBO # 660726)<br>SEYFARTH SHAW LLP<br>World Trade Center East<br>Two Seaport Lane, Suite 300<br>Boston, MA 02210-2028<br>Telephone:    (617) 946-4800<br>Telecopier:    (617) 946-4801 |

Dated: June 30, 2008

### CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 30, 2008.

        /s/ Krista Green Pratt
        Krista Green Pratt