UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IAN O'DONNELL AND DAVID JOLICOEUR, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT HALF INTERNATIONAL INC. AND ROBERT HALF CORPORATION,<br><br>Defendants. | CIVIL ACTION NO. 04-CV-12719 NMG |

## SUPPLEMENTAL JOINT STATUS REPORT

Pursuant to the Court's April 10, 2008 electronic notice, counsel for Plaintiffs Ian O'Donnell, David Jolicoeur and Stacey Moore (together, "Plaintiffs"), and Defendants Robert Half International, Inc. and Robert Half Corporation (together, "Defendants") submitted a Joint Status Report on June 30, 2008, advising this Court that The United States Court of Appeals for the First Circuit ("First Circuit") had not yet rendered a decision regarding Plaintiffs' April 7, 2008 Petition seeking permission to appeal the District Court's March 27, 2008 order denying class certification.

On July 14, 2008, the First Circuit denied Plaintiffs' petition. Attached is the First Circuit's Order denying Plaintiffs' Petition.

Currently, there is no Scheduling Order in this matter.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| ATTORNEYS FOR PLAINTIFFS<br>IAN O'DONNELL, DAVID JOLICOEUR AND<br>STACEY MOORE, on behalf of themselves and all others similarly situated | ATTORNEYS FOR DEFENDANTS<br>ROBERT HALF INTERNATIONAL INC.<br>AND ROBERT HALF CORPORATION |
| By their Attorneys, | By their Attorneys, |
| /s/ Shannon Liss-Riordan<br>Shannon Liss-Riordan (BBO #640716)<br>Hillary Schwab (BBO #666029)<br>PYLE, ROME, LICHTEN, EHRENBERG<br>  & LISS-RIORDAN, P.C.<br>18 Tremont Street, Suite 500<br>Boston, MA 02108<br>Telephone:    (617) 367-7200 | /s/ Krista G. Pratt<br>Richard L. Alfred (BBO # 015000)<br>Krista G. Pratt (BBO# 644741)<br>Barry J. Miller (BBO # 661596 )<br>C.J. Eaton (BBO # 660726)<br>SEYFARTH SHAW LLP<br>World Trade Center East<br>Two Seaport Lane, Suite 300<br>Boston, MA 02210-2028<br>Telephone:    (617) 946-4800<br>Telecopier:   (617) 946-4801 |

Dated: July 17, 2008

### CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 17, 2008.

    /s/ Krista Green Pratt
    Krista Green Pratt

# United States Court of Appeals
## For the First Circuit

---

No. 08-8019

IAN O'DONNELL, ET AL.,

Plaintiffs, Petitioners,

v.

ROBERT HALF INTERNATIONAL, INC., ET AL.,

Defendants, Respondents.

---

Before

Lynch, <u>Chief Judge</u>,
Torruella and Boudin, <u>Circuit Judges</u>.

---

JUDGMENT

Entered: July 14, 2008

Pursuant to Fed. R. Civ. P. 23(f), petitioners seek permission to appeal the district court's denial of their motion for class certification. Because petitioners have failed to satisfy the standard for granting such petitions, <u>see</u> <u>Waste Management Holdings, Inc. v. Mowbray</u>, 208 F.3d 288, 293-94 (1st Cir. 2000), the petition is <u>denied</u>.

<u>So</u> <u>ordered</u>.

By the Court:

/s/ Richard Cushing Donovan, Clerk.


[cc: Shannon Liss-Riordan, Richard Alfred, Stephen Young, Krista Pratt, Barry Miller, Carla Eaton]