**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IAN O'DONNELL et al., </br></br> Plaintiffs, </br></br> v. </br></br> ROBERT HALF INTERNATIONAL INC. and ROBERT HALF CORPORATION </br></br> Defendants. | CIVIL ACTION NO.: 04-12719 NMG |

**ASSENTED-TO MOTION FOR EXTENSION**

Plaintiffs respectfully request a brief extension of time to submit the statement requested by the Court at the last conference regarding the plaintiffs' arguments as to why class allegations may still be raised in this case. The statement is due tomorrow, August 14, 2008, and Plaintiffs request an extension to next Monday, August 18, 2008.[1] Defendants have assented to this requested extension on the condition that they may have until September 5, 2008, to respond to the statement. Plaintiffs have agreed to this request.

---

[1] In support of this request for a brief extension, Plaintiffs state that their lead counsel, Shannon Liss-Riordan, has had numerous matters she has been handling over the last several weeks, as her co-counsel Attorney Schwab has just returned last week from maternity leave. This brief extension will not unduly delay the case.

Respectfully submitted,

Ian O'Donnell et al,

By their attorneys,

  s/Shannon Liss-Riordan
Shannon Liss-Riordan, BBO #640716
Hillary Schwab, BBO #666029
PYLE, ROME, LICHTEN, EHRENBERG
   & LISS-RIORDAN, P.C.
18 Tremont Street, 5th Floor
Boston, MA 02108

Dated: August 13, 2008    (617) 367-7200

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify that I conferred with Krista Pratt, Counsel for Defendants, regarding the subject of this motion, and she stated that Defendants assent to this request for an extension.

  s/Shannon Liss-Riordan
Shannon Liss-Riordan, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all counsel of record by electronic filing on August 13, 2008.

  s/Shannon Liss-Riordan
Shannon Liss-Riordan, Esq.