**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IAN O'DONNELL & DAVID JOLICOEUR,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT HALF INTERNATIONAL INC. &<br>ROBERT HALF CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04-CV-12719 NMG<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' EMERGENCY MOTION
TO DISQUALIFY PLAINTIFFS' COUNSEL**

Defendants Robert Half International Inc. and Robert Half Corporation (together "RHI" or "Defendants") hereby move, on an emergency basis, for an Order disqualifying Plaintiffs' counsel, the law firm of Lichten & Liss-Riordan, P.C. ("LLR"), from further representing Ian O'Donnell and David Jolicoeur ("Plaintiffs") in this matter. The Rules of Professional Conduct mandate immediate disqualification of LLR because the firm recently hired a former Associate from Defendants' law firm, Seyfarth Shaw LLP ("Seyfarth"), an attorney who personally represented RHI in its defense of this very matter, Sarah Getchell, Esq. Moreover, LLR hired Attorney Getchell with full knowledge and in blatant disregard of defense counsel's prior clear warnings that hiring her would create a conflict that would disqualify the entire LLR firm.

As a result of Attorney Getchell's representation of RHI and her exposure to confidential information while employed at Seyfarth, she possesses privileged and confidential information about RHI's defense of this action. This is not an instance in which a junior associate researched an ancillary legal or procedural issue unrelated to the core of the case. Rather, using confidential information that she was given and that she analyzed in the context of legal research that she performed, Attorney Getchell reached conclusions and produced a memorandum that relates to

Defendants' strategy and defense of this matter. Given the nature of the information that Attorney Getchell possesses, Defendants are compelled to file this motion, and there is no alternative to the disqualification of LLR. Under Massachusetts Rule of Professional Conduct 1.10(d), screening is not available because Attorney Getchell possesses "substantial material information," and the disqualification of LLR is mandatory.

This motion is presented on an emergency basis because the purposes of the Rules of Professional Conduct governing conflicts of interest will be vitiated if LLR is allowed to participate further in this action in any capacity, including the upcoming status conference, anticipated motions and hearings, and, ultimately, trial.

The grounds for this motion are more fully set forth in the accompanying memorandum of law.

                                            Respectfully submitted,
                                            ROBERT HALF INTERNATIONAL INC.
                                            AND ROBERT HALF CORPORATION
                                            By their attorneys,

                                            /s/ Richard L. Alfred
                                            Richard L. Alfred (BBO # 015000)
                                            Krista G. Pratt (BBO # 644741)
                                            Barry J. Miller (BBO # 661596 )
                                            C.J. Eaton (BBO # 660726)
                                            SEYFARTH SHAW LLP
                                            Two Seaport Lane, Suite 300
                                            Boston, MA 02210-2028
DATED:  June 3, 2009                     Telephone:    (617) 946-4800
                                            Telecopier:    (617) 946-4801

---

CERTIFICATE OF SERVICE

I, Richard L. Alfred, hereby certify that on June 3, 2009, a true copy of this document was filed through the Court's ECF system and that counsel for Plaintiffs is a registered user of the ECF system designated to receive Notices of Electronic Filings generated by the ECF system in this matter.

/s/ Richard L. Alfred
Richard L. Alfred

2

> ### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)
>
> I, Richard L. Alfred, hereby certify that in e-mail correspondence exchanged between May 22, 2009 and June 3, 2009, counsel for Defendants conferred with counsel for Plaintiffs in this matter, Shannon Liss-Riordan, Esq., and attempted in good faith to resolve or narrow the issues presented by this motion.  After conferring in good faith, the parties were unable to resolve or narrow the issues in dispute.
>
>     /s/ Richard L. Alfred
>     Richard L. Alfred