## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

IAN O'DONNELL & DAVID JOLICOEUR,
                Plaintiffs,
   v.

ROBERT HALF INTERNATIONAL INC. &     Civil Action No.  04-CV-12719 NMG
ROBERT HALF CORPORATION,

                Defendants.

### NOTICE OF APPEAL

Notice is hereby given that, pursuant to 28 U.S.C. § 1292(a)(1), Robert Half International Inc. and Robert Half Corporation hereby appeal to the United States Court of Appeals for the First Circuit from this Court's Memorandum and Order dated June 29, 2010 (docket entry 196), refusing an injunction to enforce a prior order of the United States District Court for the District of Massachusetts disqualifying counsel.

                              Respectfully submitted,
                              ROBERT HALF INTERNATIONAL INC. AND
                              ROBERT HALF CORPORATION,
                              By their attorneys,

                                /s/ Richard L. Alfred
                              Richard L. Alfred (BBO # 015000)
                              Peter S. Brooks (BBO #058980)
                              Krista G. Pratt (BBO # 644741)
                              Barry J. Miller (BBO # 661596 )
                              C.J. Eaton (BBO # 660726)
                              SEYFARTH SHAW LLP
                              Two Seaport Lane, Suite 300
                              Boston, MA 02210-2028
                              Telephone:    (617) 946-4800
Dated:  July 1, 2010                 Telecopier:    (617) 946-4801

---

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2010, this document was filed through the Court's ECF system and that both Plaintiffs' counsel, Todd & Weld LLP, and Plaintiffs' former counsel, Lichten & Liss-Riordan, P.C, include registered users designated to receive Notices of Electronic Filings in this matter.

                               /s/ Richard L. Alfred
                              Richard L. Alfred

---

12473819v.1